UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No. | SACR 24-00132-FWS | Date | January 13, 2026 |
|---|---|---|---|

| Present: The Honorable | FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Rolls Royce Paschal | Deborah Parker | Thi Hoang Ho |
|---|---|---|
| *Courtroom Deputy* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Arthit Tanjapatkul | X | | X | Victor Sherman | X | | X |

**PROCEEDINGS:**   **HEARING RE FOURTH STIPULATION TO CONTINUE TRIAL DATE [42]**

Hearing re Fourth Stipulation to Continue Trial Date [42] hearing held.

For the reasons stated on the record, the Court denies the Fourth Stipulation to Continue Trial Date [42] without prejudice.

                                                                                                    :   35

                                                        Initials of Deputy Clerk    rrp

cc: