<u>DECLARATION OF DANIEL DALES</u>

I, Daniel Dales, declare as follows:

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"). I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. I submit this supplemental declaration in support of the government's oppositions to defendant Arthit Tanjapatkul's ("defendant") (1) motion to suppress evidence of machineguns (Dkt. 55); (2) motion for suppression of evidence of child sexual abuse material, evidentiary hearing, and disclosure of grand jury materials (Dkt. 56); and (3) motion for return of property (Dkt. 58). I am making this declaration for the limited purpose of clarifying and correcting paragraph 22.d of my declaration dated April 2, 2026 (Dkt. 68). Because I am submitting this declaration for this limited purpose, I have not included every fact known to me concerning this investigation.

3. In my declaration dated April 2, 2026, I stated that of the approximately 108 firearms seized from defendant, only eight were registered to him. This number was based on information I obtained on July 12, 2022 from the California Law Enforcement Telecommunications System ("CLETS"). Attached hereto as <u>Exhibit A</u> is a true and correct copy of the July 2022 CLETS report from my query. It shows that 10 firearms had, at some point, been registered to defendant. Two of those firearms were sold on or about March 10, 2023. <u>See</u> Ex. A, p. 4. Therefore, based on the July 2022 CLETS report, I was informed and believed that only eight firearms were registered to defendant.

4.    On April 8, 2026, I queried CLETS for any firearms registered to defendant.  Attached hereto as Exhibit B is a true and correct copy of the April 2026 CLETS report from my query.  It shows that 46 firearms had been registered to defendant, from which defendant sold three firearms.  Therefore, as of the seizures of the firearms from defendant's residence and storage unit in October 2023 and July 2024, respectively, defendant had 43 registered firearms.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on April 10, 2026.

*/s/ Daniel Dales*

DANIEL DALES

2