# EXHIBIT A

```
PAGE 01   07/12/22  09:31:14 FB05 PRINT REQUESTED BY TERMINAL FB05
TO: FB05  FROM: CLETS                07/12/22  09:31:02
4BSRDFB05Q.IY
RE: QYP.CAFBILA00.NAM/TANJAPATKUL,ARTHIT.DOB/19710104
RESPONSE TO QYP INQUIRY

DATA IN APPS.
****************** NO HITS FOUND ******************

END APPS RESPONSE.

*** NOTICE: A 'NO HITS' RESPONSE IN APPS INDICATES THE SUBJECT
    IS NOT CURRENTLY LISTED IN THE DATABASE.  THE SUBJECT MAY BE
    PROHIBITED AND/OR MAY BE IN POSSESSION OF FIREARMS.

*******
TO: FB05  FROM: CLETS                07/12/22  09:31:02
4BSRDFB05Q.IG
CAFBILA00 RE: QGH.CAFBILA00.AMO/Y.NAM/TANJAPATKUL,ARTHIT.DOB/19710104

RESPONSE TO QGH INQUIRY

DATA IN APRF.

FCN              NAME                        DOB      DCD DOT
1862214704268 TANJAPATKUL,ARTHIT            19710104 AD  20220527
                                            OLN/A6361469
1862112407607 TANJAPATKUL,ARTHIT            19710104 AD  20210504
                                            OLN/A6361469
1862112407611 TANJAPATKUL,ARTHIT            19710104 AD  20210504
                                            OLN/A6361469
1862112407604 TANJAPATKUL,ARTHIT            19710104 AD  20210504
                                            OLN/A6361469
1862111021765 TANJAPATKUL,ARTHIT            19710104 AD  20210420
                                            OLN/A6361469
1862111021764 TANJAPATKUL,ARTHIT            19710104 AD  20210420
                                            OLN/A6361469
1862111021762 TANJAPATKUL,ARTHIT            19710104 AD  20210420
                                            OLN/A6361469
1862110845632 TANJAPATKUL,ARTHIT            19710104 AD  20210413
                                            OLN/A6361469
1862110845626 TANJAPATKUL,ARTHIT            19710104 AD  20210413
                                            OLN/A6361469
1862110845630 TANJAPATKUL,ARTHIT            19710104 AD  20210413
                                            OLN/A6361469
1862110845624 TANJAPATKUL,ARTHIT            19710104 AD  20210413
                                            OLN/A6361469
1862110845629 TANJAPATKUL,ARTHIT            19710104 AD  20210413
                                            OLN/A6361469
1862110845627 TANJAPATKUL,ARTHIT            19710104 AD  20210413
                                            OLN/A6361469
1862110845631 TANJAPATKUL,ARTHIT            19710104 AD  20210413
                                            OLN/A6361469
1862110845623 TANJAPATKUL,ARTHIT            19710104 AD  20210413
                                            OLN/A6361469
1862110845628 TANJAPATKUL,ARTHIT            19710104 AD  20210413
                                            OLN/A6361469
1862110762280 TANJAPATKUL,ARTHIT            19710104 AD  20210330
                                            OLN/A6361469
```

```
1862110762281 TANJAPATKUL,ARTHIT          19710104 AD  20210330
                                          OLN/A6361469
1862110762283 TANJAPATKUL,ARTHIT          19710104 AD  20210330
                                          OLN/A6361469
1862110762282 TANJAPATKUL,ARTHIT          19710104 AD  20210330
                                          OLN/A6361469
1862112214092 TANJAPATKUL,ARTHIT          19710104 AD  20210302
                                          OLN/A6361469
1862112214089 TANJAPATKUL,ARTHIT          19710104 AD  20210302
                                          OLN/A6361469
1862112214093 TANJAPATKUL,ARTHIT          19710104 AD  20210302
                                          OLN/A6361469
1862112214083 TANJAPATKUL,ARTHIT          19710104 AD  20210302
                                          OLN/A6361469
1862112214091 TANJAPATKUL,ARTHIT          19710104 AD  20210302
                                          OLN/A6361469
1862110138121 TANJAPATKUL,ARTHIT          19710104 AD  20210215
                                          OLN/A6361469
1862110138118 TANJAPATKUL,ARTHIT          19710104 AD  20210215
                                          OLN/A6361469
1862110259777 TANJAPATKUL,ARTHIT          19710104 AD  20210210
                                          OLN/A6361469
1862110146133 TANJAPATKUL,ARTHIT          19710104 AD  20210210
                                          OLN/A6361469
1862110259776 TANJAPATKUL,ARTHIT          19710104 AD  20210210
                                          OLN/A6361469

END APRF RESPONSE.

*******
TO: FB05  FROM: CLETS                07/12/22  09:31:04
4BSRDFB05Q.IG
CAFBILA00 RE: NAM/TANJAPATKUL,ARTHIT DOB/19710104
RESPONSE TO QGH INQUIRY

DATA IN AFS.

* DROS - PRIVATE PARTY TRANSFER
SER/FG2Z01 MAK/KTC KEL TEC CAL/9
TYP/RI RIFLE  SEMI-AUTOMATIC MOD/SUB 2000
DOT/20220618 BBL/16-25 UOM/IN COL/BLACK
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/3494 ARIES CT
CTY/SANTA ANA ST/CA ZIP/92704 CCC/3000
 *** SELLER/TRANSFEROR INFORMATION ***
SNM/FORTUNATO,CHRISTOPHER ANGELO SDB/19861024 SDL/D4338870
SDD/2715 SPOKANE WAY
SCY/CARLSBAD SST/CA SZC/92010 CCC/3700
 *** DEALER INFORMATION ***
DLR/TURNER'S OUTDOORSMAN DID/16578
DDD/18808 BROOKHURST ST
DCY/FOUNTAIN VALLEY DST/CA DZC/92708 DCC/3000 DTN/714-965-5151
ORI/CA0300700 - FOUNTAIN VALLEY PD OCA/AD1657801003102962
FCN/3802218001057

* DROS - PRIVATE PARTY TRANSFER
SER/HC52141 MAK/FNH FN USA LLC CAL/0
TYP/RI RIFLE  SEMI-AUTOMATIC MOD/SCAR17S
DOT/20170428 COL/TAN
```

```
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/3494 ARIES CT
CTY/SANTA ANA ST/CA ZIP/92704 CCC/3000
 *** SELLER/TRANSFEROR INFORMATION ***
SNM/NYE,NATHAN EARL SDB/19880204 SDL/E1678612
SDD/1009 BARTLETT PL
SCY/PLEASANTON SST/CA SZC/94566 CCC/0100
 *** DEALER INFORMATION ***
DLR/RIFLE GEAR DID/21331
DDD/18065 MOUNT SHAY ST
DCY/FOUNTAIN VALLEY DST/CA DZC/92708 DCC/3000 DTN/949-209-6413
ORI/CA0300700 - FOUNTAIN VALLEY PD OCA/ADM000304
MIS/FRAME ONLY
FCN/3801712803181

* DROS - DEALER SALE
SER/HC56467 MAK/FNH FN USA LLC CAL/762
TYP/RI RIFLE  SEMI-AUTOMATIC MOD/SCAR 17S
DOT/20170416 BBL/16-25 UOM/IN COL/TAN
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/3494 ARIES CT
CTY/SANTA ANA ST/CA ZIP/92704 CCC/3000
 *** DEALER INFORMATION ***
DLR/RIFLE GEAR DID/21331
DDD/18065 MOUNT SHAY ST
DCY/FOUNTAIN VALLEY DST/CA DZC/92708 DCC/3000 DTN/949-209-6413
ORI/CA0300700 - FOUNTAIN VALLEY PD OCA/ADL969799
FCN/3801711700994

* DROS - DEALER SALE
SER/SRS003847 MAK/US UNITED STATES CAL/338
TYP/RB RIFLE  BOLT ACTION MOD/DT SRS
DOT/20161128 BBL/30 UOM/IN COL/BLACK
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/3494 ARIES CT
CTY/SANTA ANA ST/CA ZIP/92704 CCC/3000
 *** DEALER INFORMATION ***
DLR/RIFLE GEAR DID/21331
DDD/18065 MOUNT SHAY ST
DCY/FOUNTAIN VALLEY DST/CA DZC/92708 DCC/3000 DTN/949-209-6413
ORI/CA0300700 - FOUNTAIN VALLEY PD OCA/ADK800214
FCN/3801634601988

* DROS - DEALER SALE
SER/224022825 MAK/HEC HECKLER & KOCH CAL/25
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/VP9
DOT/20141210 BBL/7 COL/BLACK
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/3494 ARIES CT
CTY/SANTA ANA ST/CA ZIP/92704 CCC/3000
 *** DEALER INFORMATION ***
DLR/ORANGE COUNTY BIG SHOT LLC DID/22534
DDD/18295 EUCLID ST
DCY/FOUNTAIN VALLEY DST/CA DZC/92708 DCC/3000 DTN/866-611-7468
ORI/CA0300700 - FOUNTAIN VALLEY PD OCA/T8829853
FCN/3801435404060
```

```
* DROS - DEALER SALE
SER/600P011117 MAK/US UNITED STATES CAL/0
TYP/RI RIFLE  SEMI-AUTOMATIC MOD/XM17 E4
DOT/20140221 COL/BLACK
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/3494 ARIES CT
CTY/SANTA ANA ST/CA ZIP/92704 CCC/3000
 *** DEALER INFORMATION ***
DLR/RIFLE GEAR DID/21331
DDD/18065 MOUNT SHAY ST
DCY/FOUNTAIN VALLEY DST/CA DZC/92708 DCC/3000 DTN/949-209-6413
ORI/CA0300700 - FOUNTAIN VALLEY PD OCA/AD8055827
MIS/FRAME ONLY
FCN/3801406203587

* DROS - DEALER SALE
SER/T0017853 MAK/UST U.S. ARMS CORP CAL/223
TYP/RI RIFLE  SEMI-AUTOMATIC MOD/TAVOR SAR
DOT/20140205 BBL/18 COL/BLACK
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/3494 ARIES CT
CTY/SANTA ANA ST/CA ZIP/92704 CCC/3000
 *** DEALER INFORMATION ***
DLR/RIFLE GEAR DID/21331
DDD/18065 MOUNT SHAY ST
DCY/FOUNTAIN VALLEY DST/CA DZC/92708 DCC/3000 DTN/949-209-6413
ORI/CA0300700 - FOUNTAIN VALLEY PD OCA/AD8007023
FCN/3801404603361

* DROS - PRIVATE PARTY TRANSFER
SER/XD640303 MAK/SPH SPRINGFIELD ARMORY CAL/45
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/XD45ACP
DOT/20130310 BBL/4 COL/BLACK
 *** PURCHASER INFORMATION ***
NAM/CARVER,ROBERT CARL DOB/19530625 OLN/N7580097
ADR/7744 E LAKEVIEW TRAIL
CTY/ORANGE ST/CA ZIP/92869 CCC/3000
 *** SELLER/TRANSFEROR INFORMATION ***
SNM/TANJAPATKUL,ARTHIT SDB/19710104 SDL/A6361469
SDD/3494 ARIES CT
SCY/SANTA ANA SST/CA SZC/92704 CCC/3000
 *** DEALER INFORMATION ***
DLR/RIFLE GEAR DID/21331
DDD/18065 MOUNT SHAY ST
DCY/FOUNTAIN VALLEY DST/CA DZC/92708 DCC/3000 DTN/949-209-6413
ORI/CA0300700 - FOUNTAIN VALLEY PD OCA/T7168573
MIS/COMES WITH LOCK
FCN/3801307700864

* DROS - PRIVATE PARTY TRANSFER
SER/XD177647 MAK/SPH SPRINGFIELD ARMORY CAL/9
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/XD9
DOT/20130310 BBL/4 COL/BLACK
 *** PURCHASER INFORMATION ***
NAM/JASEMIAN,BABAK DAVID DOB/19800404 OLN/B7074322
ADR/1606 W ANDES DR
CTY/UPLAND ST/CA ZIP/91784 CCC/3600
 *** SELLER/TRANSFEROR INFORMATION ***
```

SNM/TANJAPATKUL,ARTHIT SDB/19710104 SDL/A6361469
SDD/3494 ARIES CT
SCY/SANTA ANA SST/CA SZC/92704 CCC/3000
 *** DEALER INFORMATION ***
DLR/RIFLE GEAR DID/21331
DDD/18065 MOUNT SHAY ST
DCY/FOUNTAIN VALLEY DST/CA DZC/92708 DCC/3000 DTN/949-209-6413
ORI/CA0300700 - FOUNTAIN VALLEY PD OCA/T7168091
FCN/3801307700729

* DROS - DEALER SALE
SER/NFV679 MAK/GLC GLOCK,INC CAL/9
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/G19
DOT/20111019 BBL/4-02 COL/BLACK
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/3494 ARIES CT
CTY/SANTA ANA ST/CA ZIP/92704 CCC/3000
 *** DEALER INFORMATION ***
DLR/T & A ARMORY DID/21381
DDD/628 S HARBOR BLVD
DCY/SANTA ANA DST/CA DZC/92704 DCC/3000 DTN/714-418-4475
ORI/CA0301900 - SANTA ANA PD OCA/T5944838
FCN/3921129801330

* DROS - DEALER SALE
SER/XD640303 MAK/SPH SPRINGFIELD ARMORY CAL/45
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/XD45
DOT/20111019 BBL/4 COL/BLACK
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/3494 ARIES CT
CTY/SANTA ANA ST/CA ZIP/92704 CCC/3000
 *** DEALER INFORMATION ***
DLR/T & A ARMORY DID/21381
DDD/628 S HARBOR BLVD
DCY/SANTA ANA DST/CA DZC/92704 DCC/3000 DTN/714-418-4475
ORI/CA0301900 - SANTA ANA PD OCA/T5944973
FCN/3921129701524

* DROS - DEALER SALE
SER/XD177647 MAK/SPH SPRINGFIELD ARMORY CAL/9
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/XD9
DOT/20111019 BBL/4 COL/BLACK
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/3494 ARIES CT
CTY/SANTA ANA ST/CA ZIP/92704 CCC/3000
 *** DEALER INFORMATION ***
DLR/T & A ARMORY DID/21381
DDD/628 S HARBOR BLVD
DCY/SANTA ANA DST/CA DZC/92704 DCC/3000 DTN/714-418-4475
ORI/CA0301900 - SANTA ANA PD OCA/T5944983
FCN/3921129701501

MORE THAN 12 HITS ON AFS FILE, REFINE SEARCH CRITERIA OR SUBMIT QGM.
END AFS RESPONSE.