# EXHIBIT B

Case 8:24-cr-00132-FWS    Document 80-2    Filed 04/10/26    Page 2 of 14   Page ID #:1587
TO: FBIO  FROM: CLETS                 04/08/26  20:45:19
4BSRDFBIOP.IY
RE: QYP.CAFBILA00.NAM/TANJAPATKUL,ARTHIT.DOB/19710104
RESPONSE TO QYP INQUIRY

DATA IN APPS.
****************** NO HITS FOUND ******************

END APPS RESPONSE.

*** NOTICE: A 'NO HITS' RESPONSE IN APPS INDICATES THE SUBJECT
    IS NOT CURRENTLY LISTED IN THE DATABASE.  THE SUBJECT MAY BE
    PROHIBITED AND/OR MAY BE IN POSSESSION OF FIREARMS.

*******
TO: FBIO  FROM: CLETS                 04/08/26  20:45:19
4BSRDFBIOP.IG
CAFBILA00 RE: NAM/TANJAPATKUL,ARTHIT DOB/19710104
RESPONSE TO QGH INQUIRY

DATA IN AFS.

* DROS - PRIVATE PARTY TRANSFER
SER/FN136940 MAK/FNB FAB NAT DARMES D GUE CAL/5728
TYP/RI RIFLE  SEMI-AUTOMATIC MOD/PS90
DOT/20230302 BBL/16 UOM/IN COL/BLACK
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/3494 ARIES CT
CTY/SANTA ANA ST/CA ZIP/92704 CCC/3000
 *** SELLER/TRANSFEROR INFORMATION ***
SNM/VO,TRANG TAN SDB/19540819 SDL/Y3595908
SDD/11122 BIXLER CIR
SCY/GARDEN GROVE SST/CA SZC/92840 CCC/3000
 *** DEALER INFORMATION ***
DLR/AEON TAC LLC DID/23867
DDD/13576 HARBOR BLVD B7
DCY/GARDEN GROVE DST/CA DZC/92843 DCC/3000 DTN/626-330-0668
ORI/CA0300900 - GARDEN GROVE PD OCA/AD2386701028800405
FCN/3822307101164

* DROS - PRIVATE PARTY TRANSFER
SER/FG2Z01 MAK/KTC KEL TEC CAL/9
TYP/RI RIFLE  SEMI-AUTOMATIC MOD/SUB 2000
DOT/20220618 BBL/16-25 UOM/IN COL/BLACK
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/3494 ARIES CT
CTY/SANTA ANA ST/CA ZIP/92704 CCC/3000
 *** SELLER/TRANSFEROR INFORMATION ***
SNM/FORTUNATO,CHRISTOPHER ANGELO SDB/19861024 SDL/D4338870
SDD/2715 SPOKANE WAY
SCY/CARLSBAD SST/CA SZC/92010 CCC/3700
 *** DEALER INFORMATION ***
DLR/TURNER'S OUTDOORSMAN DID/16578
DDD/18808 BROOKHURST ST
DCY/FOUNTAIN VALLEY DST/CA DZC/92708 DCC/3000 DTN/714-965-5151
ORI/CA0300700 - FOUNTAIN VALLEY PD OCA/AD1657801003102962

FCN/3802218001057
* DROS - PRIVATE PARTY TRANSFER
SER/HC52141 MAK/FNH FN USA LLC CAL/0
TYP/RI RIFLE   SEMI-AUTOMATIC MOD/SCAR17S
DOT/20170428 COL/TAN
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/3494 ARIES CT
CTY/SANTA ANA ST/CA ZIP/92704 CCC/3000
 *** SELLER/TRANSFEROR INFORMATION ***
SNM/NYE,NATHAN EARL SDB/19880204 SDL/E1678612
SDD/1009 BARTLETT PL
SCY/PLEASANTON SST/CA SZC/94566 CCC/0100
 *** DEALER INFORMATION ***
DLR/RIFLE GEAR DID/21331
DDD/18065 MOUNT SHAY ST
DCY/FOUNTAIN VALLEY DST/CA DZC/92708 DCC/3000 DTN/949-209-6413
ORI/CA0300700 - FOUNTAIN VALLEY PD OCA/ADM000304
MIS/FRAME ONLY
FCN/3801712803181

* DROS - DEALER SALE
SER/HC56467 MAK/FNH FN USA LLC CAL/762
TYP/RI RIFLE   SEMI-AUTOMATIC MOD/SCAR 17S
DOT/20170416 BBL/16-25 UOM/IN COL/TAN
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/3494 ARIES CT
CTY/SANTA ANA ST/CA ZIP/92704 CCC/3000
 *** DEALER INFORMATION ***
DLR/RIFLE GEAR DID/21331
DDD/18065 MOUNT SHAY ST
DCY/FOUNTAIN VALLEY DST/CA DZC/92708 DCC/3000 DTN/949-209-6413
ORI/CA0300700 - FOUNTAIN VALLEY PD OCA/ADL969799
FCN/3801711700994

* DROS - DEALER SALE
SER/SRS003847 MAK/US UNITED STATES CAL/338
TYP/RB RIFLE   BOLT ACTION MOD/DT SRS
DOT/20161128 BBL/30 UOM/IN COL/BLACK
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/3494 ARIES CT
CTY/SANTA ANA ST/CA ZIP/92704 CCC/3000
 *** DEALER INFORMATION ***
DLR/RIFLE GEAR DID/21331
DDD/18065 MOUNT SHAY ST
DCY/FOUNTAIN VALLEY DST/CA DZC/92708 DCC/3000 DTN/949-209-6413
ORI/CA0300700 - FOUNTAIN VALLEY PD OCA/ADK800214
FCN/3801634601988

* DROS - DEALER SALE
SER/224022825 MAK/HEC HECKLER & KOCH CAL/25
TYP/PI PISTOL   SEMI-AUTOMATIC MOD/VP9
DOT/20141210 BBL/7 COL/BLACK
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/3494 ARIES CT
CTY/SANTA ANA ST/CA ZIP/92704 CCC/3000

```
 *** DEALER INFORMATION ***
DLR/ORANGE COUNTY BIG SHOT LLC DID/22534
DDD/18295 EUCLID ST
DCY/FOUNTAIN VALLEY DST/CA DZC/92708 DCC/3000 DTN/866-611-7468
ORI/CA0300700 - FOUNTAIN VALLEY PD OCA/T8829853
FCN/3801435404060

* DROS - DEALER SALE
SER/600P011117 MAK/US UNITED STATES CAL/0
TYP/RI RIFLE   SEMI-AUTOMATIC MOD/XM17 E4
DOT/20140221 COL/BLACK
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/3494 ARIES CT
CTY/SANTA ANA ST/CA ZIP/92704 CCC/3000
 *** DEALER INFORMATION ***
DLR/RIFLE GEAR DID/21331
DDD/18065 MOUNT SHAY ST
DCY/FOUNTAIN VALLEY DST/CA DZC/92708 DCC/3000 DTN/949-209-6413
ORI/CA0300700 - FOUNTAIN VALLEY PD OCA/AD8055827
MIS/FRAME ONLY
FCN/3801406203587

* DROS - DEALER SALE
SER/T0017853 MAK/UST U.S. ARMS CORP CAL/223
TYP/RI RIFLE   SEMI-AUTOMATIC MOD/TAVOR SAR
DOT/20140205 BBL/18 COL/BLACK
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/3494 ARIES CT
CTY/SANTA ANA ST/CA ZIP/92704 CCC/3000
 *** DEALER INFORMATION ***
DLR/RIFLE GEAR DID/21331
DDD/18065 MOUNT SHAY ST
DCY/FOUNTAIN VALLEY DST/CA DZC/92708 DCC/3000 DTN/949-209-6413
ORI/CA0300700 - FOUNTAIN VALLEY PD OCA/AD8007023
FCN/3801404603361

* DROS - PRIVATE PARTY TRANSFER
SER/XD640303 MAK/SPH SPRINGFIELD ARMORY CAL/45
TYP/PI PISTOL   SEMI-AUTOMATIC MOD/XD45ACP
DOT/20130310 BBL/4 COL/BLACK
 *** PURCHASER INFORMATION ***
NAM/CARVER,ROBERT CARL DOB/19530625 OLN/N7580097
ADR/7744 E LAKEVIEW TRAIL
CTY/ORANGE ST/CA ZIP/92869 CCC/3000
 *** SELLER/TRANSFEROR INFORMATION ***
SNM/TANJAPATKUL,ARTHIT SDB/19710104 SDL/A6361469
SDD/3494 ARIES CT
SCY/SANTA ANA SST/CA SZC/92704 CCC/3000
 *** DEALER INFORMATION ***
DLR/RIFLE GEAR DID/21331
DDD/18065 MOUNT SHAY ST
DCY/FOUNTAIN VALLEY DST/CA DZC/92708 DCC/3000 DTN/949-209-6413
ORI/CA0300700 - FOUNTAIN VALLEY PD OCA/T7168573
MIS/COMES WITH LOCK
FCN/3801307700864

* DROS - PRIVATE PARTY TRANSFER
SER/XD177647 MAK/SPH SPRINGFIELD ARMORY CAL/9
```

TYP/PI PISTOL  SEMI-AUTOMATIC MOD/XD9
DOT/20130310 BBL/4 COL/BLACK
 *** PURCHASER INFORMATION ***
NAM/JASEMIAN,BABAK DAVID DOB/19800404 OLN/B7074322
ADR/1606 W ANDES DR
CTY/UPLAND ST/CA ZIP/91784 CCC/3600
 *** SELLER/TRANSFEROR INFORMATION ***
SNM/TANJAPATKUL,ARTHIT SDB/19710104 SDL/A6361469
SDD/3494 ARIES CT
SCY/SANTA ANA SST/CA SZC/92704 CCC/3000
 *** DEALER INFORMATION ***
DLR/RIFLE GEAR DID/21331
DDD/18065 MOUNT SHAY ST
DCY/FOUNTAIN VALLEY DST/CA DZC/92708 DCC/3000 DTN/949-209-6413
ORI/CA0300700 - FOUNTAIN VALLEY PD OCA/T7168091
FCN/3801307700729

* DROS - DEALER SALE
SER/NFV679 MAK/GLC GLOCK,INC CAL/9
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/G19
DOT/20111019 BBL/4-02 COL/BLACK
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/3494 ARIES CT
CTY/SANTA ANA ST/CA ZIP/92704 CCC/3000
 *** DEALER INFORMATION ***
DLR/T & A ARMORY DID/21381
DDD/628 S HARBOR BLVD
DCY/SANTA ANA DST/CA DZC/92704 DCC/3000 DTN/714-418-4475
ORI/CA0301900 - SANTA ANA PD OCA/T5944838
FCN/3921129801330

* DROS - DEALER SALE
SER/XD640303 MAK/SPH SPRINGFIELD ARMORY CAL/45
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/XD45
DOT/20111019 BBL/4 COL/BLACK
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/3494 ARIES CT
CTY/SANTA ANA ST/CA ZIP/92704 CCC/3000
 *** DEALER INFORMATION ***
DLR/T & A ARMORY DID/21381
DDD/628 S HARBOR BLVD
DCY/SANTA ANA DST/CA DZC/92704 DCC/3000 DTN/714-418-4475
ORI/CA0301900 - SANTA ANA PD OCA/T5944973
FCN/3921129701524

* DROS - DEALER SALE
SER/XD177647 MAK/SPH SPRINGFIELD ARMORY CAL/9
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/XD9
DOT/20111019 BBL/4 COL/BLACK
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/3494 ARIES CT
CTY/SANTA ANA ST/CA ZIP/92704 CCC/3000
 *** DEALER INFORMATION ***
DLR/T & A ARMORY DID/21381
DDD/628 S HARBOR BLVD
DCY/SANTA ANA DST/CA DZC/92704 DCC/3000 DTN/714-418-4475
ORI/CA0301900 - SANTA ANA PD OCA/T5944983

FCN/3921129701501
* DROS - DEALER SALE
SER/RNT333 MAK/GLC GLOCK,INC CAL/9
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/G34
DOT/20111019 BBL/5-32 COL/BLACK
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/3494 ARIES CT
CTY/SANTA ANA ST/CA ZIP/92704 CCC/3000
 *** DEALER INFORMATION ***
DLR/T & A ARMORY DID/21381
DDD/628 S HARBOR BLVD
DCY/SANTA ANA DST/CA DZC/92704 DCC/3000 DTN/714-418-4475
ORI/CA0301900 - SANTA ANA PD OCA/T5944825
FCN/3921129701493

* DROS - DEALER SALE
SER/27059848 MAK/SR STURM, RUGER & CO CAL/22
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/MMKIII
DOT/20111019 BBL/5-5 COL/BLACK
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/3494 ARIES CT
CTY/SANTA ANA ST/CA ZIP/92704 CCC/3000
 *** DEALER INFORMATION ***
DLR/T & A ARMORY DID/21381
DDD/628 S HARBOR BLVD
DCY/SANTA ANA DST/CA DZC/92704 DCC/3000 DTN/714-418-4475
ORI/CA0301900 - SANTA ANA PD OCA/T5944855
FCN/3921129501811

* DROS - DEALER SALE
SER/HKU007273 MAK/HEC HECKLER & KOCH CAL/45
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/HK45
DOT/20111003 BBL/4-4 COL/BLACK
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/3494 ARIES CT
CTY/SANTA ANA ST/CA ZIP/92704 CCC/3000
 *** DEALER INFORMATION ***
DLR/T & A ARMORY DID/21381
DDD/628 S HARBOR BLVD
DCY/SANTA ANA DST/CA DZC/92704 DCC/3000 DTN/714-418-4475
ORI/CA0301900 - SANTA ANA PD OCA/T5917962
FCN/3921128200294

* DROS - PRIVATE PARTY TRANSFER
SER/7258BAE MAK/WAL CARL WALTHER CAL/380
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/PPKS
DOT/20110730 BBL/3-25 COL/CHROME/STAINLESS
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/3494 ARIES CT
CTY/SANTA ANA ST/CA ZIP/92704 CCC/3000
 *** SELLER/TRANSFEROR INFORMATION ***
SNM/SERVILLA,THOMAS MARK SDB/19570506 SDL/A3907807
SDD/4091 YANKEE DR
SCY/AGOURA HILLS SST/CA SZC/91301 CCC/1900
 *** DEALER INFORMATION ***

```
DLR/T & A ARMORY DID/21381
DDD/628 S HARBOR BLVD
DCY/SANTA ANA DST/CA DZC/92704 DCC/3000 DTN/714-418-4475
ORI/CA0301900 - SANTA ANA PD OCA/T5809791
FCN/3921121501039

* DROS - DEALER SALE
SER/DVN1694 MAK/SW SMITH AND WESSON CAL/9
TYP/PI PISTOL   SEMI-AUTOMATIC MOD/MPPRO9
DOT/20110715 BBL/5 COL/BLACK
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/3494 ARIES CT
CTY/SANTA ANA ST/CA ZIP/92704 CCC/3000
 *** DEALER INFORMATION ***
DLR/T & A ARMORY DID/21381
DDD/628 S HARBOR BLVD
DCY/SANTA ANA DST/CA DZC/92704 DCC/3000 DTN/714-418-4475
ORI/CA0301900 - SANTA ANA PD OCA/T5787628
FCN/3921120101178

* DROS - DEALER SALE
SER/PMB856 MAK/GLC GLOCK,INC CAL/9
TYP/PI PISTOL   SEMI-AUTOMATIC MOD/G34
DOT/20110715 BBL/5-32 COL/BLACK
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/3494 ARIES CT
CTY/SANTA ANA ST/CA ZIP/92704 CCC/3000
 *** DEALER INFORMATION ***
DLR/T & A ARMORY DID/21381
DDD/628 S HARBOR BLVD
DCY/SANTA ANA DST/CA DZC/92704 DCC/3000 DTN/714-418-4475
ORI/CA0301900 - SANTA ANA PD OCA/T5787655
FCN/3921120101174

* DROS - DEALER SALE
SER/NPE722 MAK/GLC GLOCK,INC CAL/9
TYP/PI PISTOL   SEMI-AUTOMATIC MOD/G19
DOT/20110715 BBL/4-02 COL/BLACK
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/3494 ARIES CT
CTY/SANTA ANA ST/CA ZIP/92704 CCC/3000
 *** DEALER INFORMATION ***
DLR/T & A ARMORY DID/21381
DDD/628 S HARBOR BLVD
DCY/SANTA ANA DST/CA DZC/92704 DCC/3000 DTN/714-418-4475
ORI/CA0301900 - SANTA ANA PD OCA/T5787742
FCN/3921120101153

* DROS - DEALER SALE
SER/NLM874 MAK/GLC GLOCK,INC CAL/9
TYP/PI PISTOL   SEMI-AUTOMATIC MOD/G17
DOT/20110715 BBL/4-49 COL/BLACK
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/3494 ARIES CT
CTY/SANTA ANA ST/CA ZIP/92704 CCC/3000
 *** DEALER INFORMATION ***
```

```
DLR/T & A ARMORY DID/21381
DDD/628 S HARBOR BLVD
DCY/SANTA ANA DST/CA DZC/92704 DCC/3000 DTN/714-418-4475
ORI/CA0301900 - SANTA ANA PD OCA/T5787624
FCN/3921120101146

* DROS - PRIVATE PARTY TRANSFER
SER/U699114 MAK/SSS SAUER, J. P., & SONS CAL/40
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/P226
DOT/20110709 BBL/4-25 COL/CHROME/STAINLESS
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/3494 ARIES CT
CTY/SANTA ANA ST/CA ZIP/92704 CCC/3000
 *** SELLER/TRANSFEROR INFORMATION ***
SNM/SERVILLA,THOMAS MARK SDB/19570506 SDL/A3907807
SDD/4091 YANKEE DR
SCY/AGOURA HILLS SST/CA SZC/91301 CCC/1900
 *** DEALER INFORMATION ***
DLR/T & A ARMORY DID/21381
DDD/628 S HARBOR BLVD
DCY/SANTA ANA DST/CA DZC/92704 DCC/3000 DTN/714-418-4475
ORI/CA0301900 - SANTA ANA PD OCA/T5779536
FCN/3921119500582

* DROS - PRIVATE PARTY TRANSFER
SER/26079798 MAK/HEC HECKLER & KOCH CAL/40
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/USPCOMPACT
DOT/20110225 BBL/3-5 COL/BLACK
 *** PURCHASER INFORMATION ***
NAM/TSE,HENRY DOB/19851111 OLN/D4843442
ADR/508 DEEPMEAD AVE
CTY/LA PUENTE ST/CA ZIP/91744 CCC/1900
 *** SELLER/TRANSFEROR INFORMATION ***
SNM/TANJAPATKUL,ARTHIT SDB/19710104 SDL/A6361469
SDD/3494 ARIES CT
SCY/SANTA ANA SST/CA SZC/92704 CCC/3000
 *** DEALER INFORMATION ***
DLR/T & A ARMORY DID/21381
DDD/628 S HARBOR BLVD
DCY/SANTA ANA DST/CA DZC/92704 DCC/3000 DTN/714-418-4475
ORI/CA0301900 - SANTA ANA PD OCA/T5554349
FCN/3921106101687

* DROS - DEALER SALE
SER/TDW64782 MAK/TAS TAURUS FORJAS CAL/9
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/PT1911
DOT/20110218 BBL/5 COL/CHROME/STAINLESS
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/3494 ARIES CT
CTY/SANTA ANA ST/CA ZIP/92704 CCC/3000
 *** DEALER INFORMATION ***
DLR/T & A ARMORY DID/21381
DDD/628 S HARBOR BLVD
DCY/SANTA ANA DST/CA DZC/92704 DCC/3000 DTN/714-418-4475
ORI/CA0301900 - SANTA ANA PD OCA/T5541660
FCN/3921105401639

* DROS - DEALER SALE
```

```
SER/PWP855 MAK/GLC GLOCK,INC CAL/9
TYP/PI PISTOL   SEMI-AUTOMATIC MOD/19
DOT/20110212 BBL/4 COL/BLACK
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/3494 ARIES CT
CTY/SANTA ANA ST/CA ZIP/92704 CCC/3000
 *** DEALER INFORMATION ***
DLR/T & A ARMORY DID/21381
DDD/628 S HARBOR BLVD
DCY/SANTA ANA DST/CA DZC/92704 DCC/3000 DTN/714-418-4475
ORI/CA0301900 - SANTA ANA PD OCA/T5530373
FCN/3921104701490

* DROS - DEALER SALE
SER/37537871 MAK/SR STURM, RUGER & CO CAL/380
TYP/PI PISTOL   SEMI-AUTOMATIC MOD/LCP
DOT/20110210 BBL/2-75 COL/BLACK
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/3494 ARIES CT
CTY/SANTA ANA ST/CA ZIP/92704 CCC/3000
 *** DEALER INFORMATION ***
DLR/T & A ARMORY DID/21381
DDD/628 S HARBOR BLVD
DCY/SANTA ANA DST/CA DZC/92704 DCC/3000 DTN/714-418-4475
ORI/CA0301900 - SANTA ANA PD OCA/T5525815
FCN/3921104500980

* DROS - DEALER SALE
SER/PMB856 MAK/GLC GLOCK,INC CAL/9
TYP/PI PISTOL   SEMI-AUTOMATIC MOD/G34
DOT/20100817 BBL/5
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/3494 ARIES CT
CTY/SANTA ANA ST/CA ZIP/92704 CCC/3000
ORI/CA0301900 - SANTA ANA PD OCA/T5262728
FCN/3921023400649

* DROS - DEALER SALE
SER/CEAFMF482 MAK/CDE CASCADE ARMS CAL/45
TYP/PI PISTOL   SEMI-AUTOMATIC MOD/M1911A
DOT/20100421 BBL/5
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/3494 ARIES CT
CTY/SANTA ANA ST/CA ZIP/92704 CCC/3000
ORI/CA0301900 - SANTA ANA PD OCA/T5103286
FCN/3921011700585

* DROS - DEALER SALE
SER/386190042 MAK/FNB FAB NAT DARMES D GUE CAL/5728
TYP/PI PISTOL   SEMI-AUTOMATIC MOD/57
DOT/20100211 BBL/5
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/3494 ARIES CT
CTY/SANTA ANA ST/CA ZIP/92704 CCC/3000
ORI/CA0301900 - SANTA ANA PD OCA/T4995924
```

MIS/FFL GUN
FCN/3921004801686

* DROS – DEALER SALE
SER/NPE722 MAK/GLC GLOCK,INC CAL/9
TYP/PI PISTOL   SEMI–AUTOMATIC MOD/19
DOT/20100123 BBL/4
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/3494 ARIES CT
CTY/SANTA ANA ST/CA ZIP/92704 CCC/3000
ORI/CA0301900 – SANTA ANA PD OCA/T4968964
FCN/3921002701711

* DROS – DEALER SALE
SER/46002 MAK/STE STEYR CAL/9
TYP/PI PISTOL   SEMI–AUTOMATIC MOD/M9A1
DOT/20100123 BBL/5
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/3494 ARIES CT
CTY/SANTA ANA ST/CA ZIP/92704 CCC/3000
ORI/CA0301900 – SANTA ANA PD OCA/T4969045
FCN/3921002701708

* DROS – DEALER SALE
SER/386137388 MAK/FNB FAB NAT DARMES D GUE CAL/5728
TYP/P PISTOL  MOD/FIVESEVER
DOT/20080627 BBL/5
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/3494 ARIES CT
CTY/SANTA ANA ST/CA ZIP/92704 CCC/3000
ORI/CA0301900 – SANTA ANA PD OCA/T4190712
FCN/3920818400181

* DROS – DEALER SALE
SER/B21948 MAK/US UNITED STATES CAL/223
TYP/PI PISTOL   SEMI–AUTOMATIC MOD/CARBON 15
DOT/19990703 BBL/10
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/6200 SPICE WAY APT11
CTY/BAKERSFIELD ST/CA ZIP/93309 CCC/1500
ORI/CA0150200 – BAKERSFIELD PD OCA/T0829961
MIS/PRO ORDANANCE
FCN/2119918700827

* DROS – DEALER SALE
SER/BKP532US MAK/GLC GLOCK,INC CAL/9
TYP/PI PISTOL   SEMI–AUTOMATIC MOD/19
DOT/19990212 BBL/3–5
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/6200 SPICE WAY APT11
CTY/BAKERSFIELD ST/CA ZIP/93309 CCC/1500
ORI/CA0150200 – BAKERSFIELD PD OCA/T0658108
FCN/2119904800593

* DROS – DEALER SALE

```
SER/CMR942US MAK/GLC GLOCK,INC CAL/9
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/26
DOT/19990208 BBL/3
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/1401  MCDONALD WAY 12
CTY/BAKERSFIELD ST/CA ZIP/93309 CCC/1500
ORI/CA0192500 - GLENDALE PD OCA/T0653403
FCN/2579904100280

* DROS - DEALER SALE
SER/1980322 MAK/SR STURM, RUGER & CO CAL/22
TYP/RI RIFLE  SEMI-AUTOMATIC MOD/10 22
DOT/20220513 BBL/16-63 UOM/IN COL/BLACK
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/3494 ARIES CT
CTY/SANTA ANA ST/CA ZIP/92704 CCC/3000
 *** DEALER INFORMATION ***
DLR/RIFLE GEAR DID/21331
DDD/18065 MOUNT SHAY ST
DCY/FOUNTAIN VALLEY DST/CA DZC/92708 DCC/3000 DTN/949-209-6413
ORI/CA0300700 - FOUNTAIN VALLEY PD OCA/AD2133100999500182
FCN/3802214300852

* DROS - DEALER SALE
SER/H0028279 MAK/IMI IWI (IMI) CAL/12
TYP/SI SHOTGUN  SEMI-AUTOMATIC MOD/TS 12
DOT/20220513 BBL/18-5 UOM/IN COL/BLACK
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/3494 ARIES CT
CTY/SANTA ANA ST/CA ZIP/92704 CCC/3000
 *** DEALER INFORMATION ***
DLR/RIFLE GEAR DID/21331
DDD/18065 MOUNT SHAY ST
DCY/FOUNTAIN VALLEY DST/CA DZC/92708 DCC/3000 DTN/949-209-6413
ORI/CA0300700 - FOUNTAIN VALLEY PD OCA/AD2133100999500175
FCN/3802214300844

* DROS - DEALER SALE
SER/25051833 MAK/HEC HECKLER & KOCH CAL/454
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/UPS TACTICA
DOT/19991018 BBL/4
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/6200 SPICE WAY APT 11
CTY/BAKERSFIELD ST/CA ZIP/93309 CCC/1500
ORI/CA0150200 - BAKERSFIELD PD OCA/T0971159
FCN/2119929202718

* DROS - DEALER SALE
SER/BES32346V MAK/BER BERETTA CAL/25
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/M21A
DOT/19940911 BBL/2 1-2
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/2520 CHESHIRE DR
CTY/BAKERSFIELD ST/CA ZIP/93309 CCC/1500
ORI/CA0194200 - LAPD OCA/P664211
```

MIS/BLU
FCN/274950160422²⁹
* DROS - DEALER SALE
SER/BER192086Z MAK/BER BERETTA CAL/9
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/92FS
DOT/19930215 BBL/5
 *** PURCHASER INFORMATION ***
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/3613 BEDROCK DR
CTY/BAKERSFIELD ST/CA ZIP/93311 CCC/1500
ORI/CA0194200 - LAPD OCA/M874793
MIS/BLU
FCN/2749309602467

* REGISTRATION
** DO NOT ARREST BASED SOLELY ON THIS RESPONSE **
SER/L035983 MAK/BHT BUSHMASTER CAL/223
TYP/R RIFLE  MOD/XM15E2S
DOT/20010323
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/1401 MCDONALD WAY 12
CTY/BAKERSFIELD ST/CA ZIP/93309 CCC/1500
REG/REGISTRATION
ORI/CA0349459 - CA DOJ BUREAU OF FIREARMS OCA/AW118614
FCN/1860108200435

* REGISTRATION
** DO NOT ARREST BASED SOLELY ON THIS RESPONSE **
SER/A80088 MAK/HIH HI POINT CAL/9
TYP/R RIFLE  MOD/UNKNOWN
DOT/20010323
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/1401 MCDONALD WAY 12
CTY/BAKERSFIELD ST/CA ZIP/93309 CCC/1500
REG/REGISTRATION
ORI/CA0349459 - CA DOJ BUREAU OF FIREARMS OCA/AW118614
FCN/1860108200369

* REGISTRATION
** DO NOT ARREST BASED SOLELY ON THIS RESPONSE **
SER/EA1002072 MAK/ENA ENTREPRISE ARMS INC CAL/308
TYP/R RIFLE  MOD/UNKNOWN
DOT/20010323
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/1401 MCDONALD WAY 12
CTY/BAKERSFIELD ST/CA ZIP/93309 CCC/1500
REG/REGISTRATION
ORI/CA0349459 - CA DOJ BUREAU OF FIREARMS OCA/AW118614
FCN/1860108200368

* REGISTRATION
** DO NOT ARREST BASED SOLELY ON THIS RESPONSE **
SER/12465 MAK/SPH SPRINGFIELD ARMORY CAL/308
TYP/R RIFLE  MOD/SAR8
DOT/20010323
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/1401 MCDONALD WAY 12
CTY/BAKERSFIELD ST/CA ZIP/93309 CCC/1500
REG/REGISTRATION

ORI/CA0349459 – CA DOJ BUREAU OF FIREARMS OCA/AW118614
FCN/1860108200367

* REGISTRATION
** DO NOT ARREST BASED SOLELY ON THIS RESPONSE **
SER/1N371782 MAK/RSE ARSENAL COMPANY CAL/762
TYP/R RIFLE  MOD/SLR95
DOT/20010323
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/1401 MCDONALD WAY 12
CTY/BAKERSFIELD ST/CA ZIP/93309 CCC/1500
REG/REGISTRATION
ORI/CA0349459 – CA DOJ BUREAU OF FIREARMS OCA/AW118614
FCN/1860108200366

* REGISTRATION
** DO NOT ARREST BASED SOLELY ON THIS RESPONSE **
SER/HP99001105 MAK/US UNITED STATES CAL/223
TYP/R RIFLE  MOD/M96
DOT/20010323
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/1401 MCDONALD WAY 12
CTY/BAKERSFIELD ST/CA ZIP/93309 CCC/1500
REG/REGISTRATION
ORI/CA0349459 – CA DOJ BUREAU OF FIREARMS OCA/AW118614
FCN/1860108200364

* REGISTRATION
** DO NOT ARREST BASED SOLELY ON THIS RESPONSE **
SER/HP99001044 MAK/US UNITED STATES CAL/223
TYP/R RIFLE  MOD/M96
DOT/20010323
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/1401 MCDONALD WAY 12
CTY/BAKERSFIELD ST/CA ZIP/93309 CCC/1500
REG/REGISTRATION
ORI/CA0349459 – CA DOJ BUREAU OF FIREARMS OCA/AW118614
FCN/1860108200363

* REGISTRATION
** DO NOT ARREST BASED SOLELY ON THIS RESPONSE **
SER/HP99001028 MAK/US UNITED STATES CAL/223
TYP/R RIFLE  MOD/M96
DOT/20010323
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/1401 MCDONALD WAY 12
CTY/BAKERSFIELD ST/CA ZIP/93309 CCC/1500
REG/REGISTRATION
ORI/CA0349459 – CA DOJ BUREAU OF FIREARMS OCA/AW118614
FCN/1860108200362

* REGISTRATION
** DO NOT ARREST BASED SOLELY ON THIS RESPONSE **
SER/1M37413 MAK/RSE ARSENAL COMPANY CAL/762
TYP/R RIFLE  MOD/SLR95
DOT/20010323
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/1401 MCDONALD WAY 12
CTY/BAKERSFIELD ST/CA ZIP/93309 CCC/1500
REG/REGISTRATION

ORI/CA0349459 – CA DOJ BUREAU OF FIREARMS OCA/AW118614
FCN/1860108200361

* REGISTRATION
** DO NOT ARREST BASED SOLELY ON THIS RESPONSE **
SER/1N382605 MAK/RSE ARSENAL COMPANY CAL/762
TYP/R RIFLE  MOD/SLR95
DOT/20010323
NAM/TANJAPATKUL,ARTHIT DOB/19710104 OLN/A6361469
ADR/1401 MCDONALD WAY 12
CTY/BAKERSFIELD ST/CA ZIP/93309 CCC/1500
REG/REGISTRATION
ORI/CA0349459 – CA DOJ BUREAU OF FIREARMS OCA/AW118614
FCN/1860108200360

MORE THAN 50 HITS ON AFS FILE, EITHER REFINE SEARCH CRITERIA, SUBMIT
QGM OR EMAIL BOFAFS@DOJ.CA.GOV FOR ADDITIONAL ASSISTANCE. FOR
ASSISTANCE REQUIRING IMMEDIATE ATTENTION DURING AFTER HOURS BETWEEN
1600-0700, OR DURING WEEKENDS & OBSERVED HOLIDAYS, PLEASE CONTACT THE
COMMAND CENTER BY CALLING 916-227-3244 OR EMAILING
COMMANDCENTER@DOJ.CA.GOV.
END AFS RESPONSE.