# EXHIBIT A

Confidential

# GEORGE OLIVO, INC.
## Polygraph Examination Report

| Personal Information |
| --- |
| **Name: Arthit TANJAPATKUL**<br>**Date of Birth: 1/04/1971**<br>**CDL# (On file)** |

| Exam Information |
| --- |
| **Location: 3838 Carson Street 304**<br>          **Torrance, CA 90503**<br>**Exam Date: February 28, 2026**<br>**Start: 12:00PM   End: 3:35PM          3hr 35min**<br><br>**Examiner: George L Olivo – FBI, Ret.      Reviewer: Mark Sitko - FBI, Ret.**<br>**Result: No Deception Indicated, (NDI)** |

## Section 1:  Purpose of Examination

Arthit Tanjapatkul voluntarily agreed to take a polygraph examination regarding the following matter: KNOWINGLY POSSESSING CHILD PORNOGRAPHY.

The main issue under consideration for this polygraph examination is whether Arthit Tanjapatkul, (hereafter referred to as the Examinee), was being truthful to the relevant issue(s), represented by the questions captioned under Section 4 of this report.

## Section 2:  About the Polygraph Examiner

The Polygraph Examiner for this examination was George L Olivo, a retired FBI Special Agent with more than 22 years of Federal law enforcement experience. George Olivo has conducted over two thousand (2,000) FBI polygraph examinations across all criminal programs to include, sexual assault, kidnapping, homicide, bank robbery, public corruption, and crimes against children. He has also contributed to the FBI's National Security Program, conducting numerous polygraph examinations regarding espionage and terrorism. In 2020, George Olivo retired from the FBI in good standing as the Polygraph Program Manager and the Senior Polygraph Examiner for FBI- Los Angeles Division, holding the FBI designation of "Subject Matter Expert" in Credibility Assessment. George Olivo is the owner/operator of George Olivo, INC.- a private polygraph practice, established in January 2021. Mr. Olivo is a current member of the American Polygraph Association, the California Association of Polygraph Examiners, and the American Association of Police Poligraphists. George Olivo is Federally certified to conduct polygraph examinations in all fifty states.

## Section 3:  Pre-Test Interview

On 2/28/2026, Examinee arrived at the test location to undergo a polygraph examination as scheduled. At the time of the examination, the Examinee appeared lucid, coherent, and suitable for polygraph testing. Prior to the examination, the Examinee read and voluntarily signed a Consent and Release of Liability agreement.

Confidential

# GEORGE OLIVO, INC.
## Polygraph Examination Report

The Examiner explained the polygraph process and admonished the Examinee against any form of Purposeful Noncooperation (PNC) during the examination. A discussion followed regarding the issue(s) at hand, namely, digital media containing child pornography discovered among Examinee's storage items. A Diagnostic Test was administered to ensure that all test equipment was in proper working order and that the Examinee was both physically and mentally ready for testing.

Thereafter, all test questions were thoroughly reviewed with the Examinee to confirm that the Examinee understood the issue(s) at hand, and all test questions. Testing instructions were clearly explained before the onset of the examination. The Examinee was not asked any questions during the examination that were not thoroughly reviewed in advance.  All validated test procedures were performed with strict adherence to protocol to ensure a fair exam and reliable results.

## Section 4: In-Test Phase

A Lafayette computerized polygraph system, model LX5000 was used for the collection of polygraph charts, (test data). This instrument makes a continuous recording of autonomic responses associated with respiration, electrodermal activity, and cardiovascular functioning.  The instrument also includes sensors, designed to record peripheral behavior activity, which could be an indication of non-cooperation during the examination. A final functionality check was performed prior to the examination to confirm that the instrument was in proper working order.

**The following relevant questions were asked during the polygraph examination for Series I:**

**A.  Did you ever knowingly download any child pornography?  (Answer: "NO")**
**B.  Did you knowingly possess any child pornography?  (Answer: "NO")**

Global analysis for Series I yielded a result of INCONCLUSIVE due to poor data quality. It is considered best practice in both private and federal polygraph testing to conduct a second series after slightly modifying all exam questions.

**The following relevant questions were asked during the polygraph examination for Series II:**

**A.  Did you knowingly download any child pornography?  (Answer: "NO")**
**B.  Did you knowingly store any child pornography?  (Answer: "NO")**

## Section 5:  Final Test Results

Global analysis of the physiological data collected confirmed that it was of sufficient quality to complete a standardized numerical analysis.  Test data analysis was performed using the following three (3) independent techniques:

**#1 Empirical Scoring System, (ESS)**
ESS is a manual scoring system which provides a basic mathematical theory in the calculation of all possible scores for all recording sensors and all iterations of the test target stimuli. ESS is a hands-on statistical reference and distribution model, well-established in statistical decision theory within the context of polygraph test data analysis. It is considered best practice in both Federal and private polygraph testing.

Confidential

## GEORGE OLIVO, INC.
## Polygraph Examination Report

**#2 Objective Scoring System, Version 3, (OSS-3)**
OSS-3 is a fully automated scoring system based on computerized statistical algorithms designed to analyze and evaluate the diagnostic features and quality of collected physiological test data. OSS-3 was created through science-based research and is well established in the polygraph industry as a quality assurance tool.

**#3 Independent Review**
A Second Opinion was obtained by sending all raw test data to Mark Sitko, owner/operator of Summit Polygraph, LLC located in St. Paul, MN. Mark Sitko is a former Senior FBI Polygraph Examiner with over fifteen years of polygraph experience. After conducting a Quality Assurance Review, Mark Sitko confirmed that he agrees with the methods utilized and the final result of this examination.

Analysis of the raw test data collected during this examination, (utilizing all three methods described above), resulted in statistically significant scores which conclusively, and independently, rendered the following result:

**No Deception Indicated, (NDI)**
**to the Relevant Issue(s) represented by**
**the questions captioned in Section 4.**

**Section 6:  Post-Test Interview**

During the post-test interview, the Examinee was asked about any concerns he may have had during the examination. A brief conversation followed wherein no new relevant information was provided. The polygraph session was terminated shortly thereafter.

**Prepared by:**

_____    **3/02/2026**
**George L Olivo**                                      **Date**
**Sr. FBI Polygraph Examiner, Ret.**

George.olivo@gmail.com
*(310)971-8026*