# EXHIBIT B

# Scott Lawson

## Curriculum Vitae

**Updated September 1, 2025**

  

**Paralegal Consulting Services**
**Digital Defense Pro**
**222 Souh Rainbow Boulevard**
**Suite 111**
**Las Vegas, NV 89145**

**702-329-1655 Office**

pcs@paralegalconsulting.net
info@digitaldefensepro.com

1

Exhibit B

Scott Lawson                                                                        Education
Curriculum Vitae

## **Education**

| | |
|---|---|
| Harmony Grove High School | High School Diploma with Honors |
| Benton, Arkansas | May 1985 |
| | |
| Adams State University | Associate of Arts |
| Alamosa, Colorado | Liberal Arts |
| | Summa cum laude |
| | December 2011 |
| | |
| Adams State University | Bachelor of Arts |
| Alamosa, Colorado | Interdisciplinary Studies |
| | Emphasis Areas: Criminology/Legal Studies |
| | Summa cum laude |
| | May 2016 |

## **Post-Secondary Certifications**

| | |
|---|---|
| National Association of Professional Baseball Leagues | Minor League Umpire |
| New York-Penn League | 1987-1989 |
| South Atlantic League | |
| | |
| Certiport | Internet and Computing Core Certification $IC^3$ |
| | November 14, 2007 |

2

Exhibit B

Scott Lawson
Curriculum Vitae

Legal Education

## Legal Education

| | |
|---|---|
| Certified Criminal Justice Professional<br>Distance Learning Center | Motivation for Change and the<br>Addiction/Offender Cycle Certificate<br>January 15, 2007 |
| Adams State University<br>Center for Legal Studies<br>Alamosa, Colorado | Paralegal Certificate<br>January 8, 2009 |
| Thomson Reuters<br>Eagan, Minnesota | WestlawNext<br>Research Efficiency Certificate<br>July 9, 2015 |
| Thomson Reuters<br>Eagan, Minnesota | WestlawNext<br>Research Productivity Certificate<br>July 13, 2015 |
| Pennsylvania State University<br>State College, Pennsylvania | Presumed Innocent?<br>The Social Science of Wrongful Conviction<br>August 17, 2015 |
| Adams State University<br>Center for Legal Studies<br>Alamosa, Colorado | Advanced Legal Research and Writing<br>October 8, 2015 |
| Adams State University<br>Center for Legal Studies<br>Alamosa, Colorado | Personal Injury for Paralegals<br>November 2015 |
| Criminal Defense Investigation Training Council<br>Stuart, Florida | Criminal Defense Investigator<br>Component Method<br>June 2016 |
| Input Ace/Axon Investigate<br>Scottsdale, AZ | Certified Operator/Examiner<br>June 2021 |
| EIS Training Academy<br>Columbia, SC | Certified Investigative Legal Professional<br>September 2021 |
| Truxton Digital Forensics<br>Herndon, VA | Truxton Operator<br>January 2023 |
| Cellhawk ABM Intel<br>North Plainfield, NJ | Cellhawk Certified Operator<br>April 2023 |

3

Exhibit B

Scott Lawson                                                              Legal Education
Curriculum Vitae

Cellebrite                                          Cellebrite Reader Certified
Vienna, VA                                          May 2023

Belkasoft                                           iOS Forensics
Sunnyvale, CA                                       June 2023

National Association of Criminal Defense Lawyers    Sex Crimes Conference
Las Vegas, NV                                       November 2023

Magnet Forensics                                    Unlocking iOS 17 Secrets – Full File Systems
Waterloo, Ontario                                   January 2024

National Defender Investigator Associations         Regional Conference: Digital Forensics
Scottsdale, AZ                                       September 2024

National Association of Criminal Defense Lawyers    Sex Crimes Conference
Las Vegas, NV                                       November 2024

ABM Intelligence                                    CellHawk Area Search 101
Virtual                                             December 2024

Datapilot Desktop                                   Certified DPDesktop Operator
Irvine, CA                                          December 2024

CyberSocialCon                                      Open-Source Intelligence Conference
Virtual                                             December 2024 (18 CLE Hours)

Belkasoft                                           Windows Forensics
Sunnyvale, CA                                       March 2025

Cellebrite                                          Cellebrite Certified Operator
Vienna, VA                                          July 2025

Celebrite                                           Cellebrite Certified Physical Analyst
Vienna, VA                                          July 2025

Magnet Forensics                                    Core Mobile Acquisition & Analysis
McLean, VA                                          Ongoing July 2025

Magnet Forensics                                    Advanced Computer Forensics
McLean, VA                                          Ongoing July 2025

Magnet Forensics                                    Advanced Mobile Forensics
McLean, VA                                          Ongoing July 2025

Page Vault                                          Social Media Capture Training
Chicago, Illinois                                   April 15, 2025

4

# Exhibit B

Scott Lawson                                                          Digital Forensic Readings/Works
Curriculum Vitae

## Readings

Numerous readings in the following areas:

- Forensic Acquisition of iOS digital devices
- Forensic Acquisition of Android devices
- Forensic Acquisition of Windows devices
- Forensic Acquisition of Apple Mac devices
- Forensic Acquisition of video evidence
- Historical Cell Tower Location Data
- Call Detail Record Analysis
- Cellebrite Acquisition Methods
- Magnet Axiom Acquisition Methods
- Belkasoft Acquisition Methods
- Elcomsoft Acquisition Methods
- Oxygen Forensics Acquisition Methods
- Paraben Forensics Acquisition Methods
- Cellebrite Premium Capabilities
- Magnet Verakey Capabilities
- iLLEAP analysis capabilities
- ALLEAP analysis capabilities
- Autopsy analysis capabilities
- Truxton Analytics analysis capabilities
- Sentinel Visualizer reporting capabilities

- Use of Timelines for Trial Presentation
- Trial Presentation Methods
- Demonstrative Evidence Preparations
- Federal Rules of Evidence
- Legal Research and Writing
- Forensic Report Writing
- Forensic Analysis of video evidence
- Analysis capabilities of Axon Investigate
- CD/DVD Forensics
- Analysis capabilities of CD>DVD Inspector
- Investigative Mindset in Digital Forensics
- Push Button Digital Forensics
- Manual Review of Digital Forensic Data
- Analysis of SQLite Databases
- File System Digital Forensics Analysis
- Mobile Device Forensics
- e-Discovery Methods and Processes
- Fact and Chronology Management for Criminal Defense

5

# Exhibit B

Scott Lawson                                                                                          Legal Employment
Curriculum Vitae

## Legal Employment

Independent Investigative Paralegal                              Investigative Paralegal
Little Rock, Arkansas                                                January 2002 – June 2015

Paralegal Consulting Services                                       Investigative Paralegal/Owner
Las Vegas, Nevada                                                   June 2015 – Present

Digital Defense Pro                                                     Digital Forensic Analyst/Examiner
Las Vegas, Nevada                                                   September 2023 - Present

Responsibilities: Provide legal research, legal writing, factual research, fact and case analysis, assist in litigation strategy, deposition preparation, FOIA requests, administrative law and research, pre-trial discovery, trial preparation, trial assistance, appeal research, post-conviction research and assistance to attorneys to assist in representation of their clients in criminal and civil matters focusing on criminal law. Provide investigative case analysis, discovery review, trial exhibit preparation, digital forensics review, video file review, and call detail records review.

Provide digital forensics analysis for attorneys in discovery review and case preparation. Areas of analysis include mobile devices, computers, call detail records, forensic video analysis and investigative case analysis.

Provide trial presentation/support services to include preparing demonstrative exhibits, organizing evidence, creating trial presentations in PowerPoint and TrialPad. Provide hot seat trial presentation services and in court research and analysis.

## Professional Memberships

National Association of Criminal Defense Attorneys                 2017 to present
Associate Member

National Defense Investigators Association                            2018 to present
Member

Public Records Retriever Network                                          2018 to 2024
Member

California Attorneys for Criminal Justice                                2021 to present
Associate Member

Criminal Courts Bar of Los Angeles County                           2021 to present
Associate Member

6

# Exhibit B

Scott Lawson                                                    Legal Employment
Curriculum Vitae


Arkansas Association of Criminal Defense Attorneys              2021 to present
Associate Member

Virginia Association of Criminal Defense Attorneys             2023 to present
Associate Member

New York State Defenders Association                           2023 to present
Associate Member


### Representative Cases Litigation Support/Digital Forensics


*United States v. Keith Raniere*          Eastern District of New York (Post-Conviction) (CSAM)

*United States v. Elmer Bell*            Eastern District of Arkansas (Drug Trafficking – Fentanyl resulting in death)

*People v. Robert Baker*                 Los Angeles Superior Court (Capital Murder – Special Circumstances)

*People v. Jonathan Guzzone*             Los Angeles Superior Court (Kidnap for Ransom, Torture)

*State v. Christopher Yenger*            Wapello County, Iowa District Court (Post-Conviction)
                                         (Arson and 2 Counts Murder)

*United States v. Richard Adebayo*       District of New Jersey (Identity Theft/Credit Card Fraud)

*State v. Joy Werner*                    Craighead County Circuit Court (2nd Judicial Circuit)
                                         Solicitation to Commit Murder

*Commonwealth v. Mark Seymour*           Petersburg, Virginia Circuit Court (Malicious Wounding/DUI)

*Commonwealth v. Alexander Shadkhoo*     Lynchburg, Virginia Circuit Court (Abduction, Strangulation, Obj. Sex Pent.)

*United States v. Demetrius Johnson*     Eastern District of New York (RICO)


7

# Exhibit B

Scott Lawson                                                      Law Enforcement Training
Curriculum Vitae

## **Basic Law Enforcement Training**

Basic Police Training Course                    320 hours
Class 89-F                                      Arkansas Law Enforcement Training Academy
                                                December 15, 1989

Basic Recruit Certificate Law Enforcement       282 hours
Supplemental                                    Florida Department of Law Enforcement
                                                October 7, 1991

## **Law Enforcement Certifications**

Severe Weather Spotter                          Federal Emergency Management Agency
                                                March 30, 1987

DWI Practitioner                                National Highway Traffic Safety Administration
                                                August 13, 1990

Chemical Tests for Blood Alcohol                Arkansas Department of Health
BAC Datamaster                                  May 18, 1990

Certified Law Enforcement Officer-Basic Certificate        Arkansas Commission on Law Enforcement Standards
                                                           October 31, 1990

Certified Law Enforcement Officer-General Certificate      Arkansas Commission on Law Enforcement Standards
                                                           October 31, 1990

Certified Law Enforcement Officer-Intermediate Certificate  Arkansas Commission on Law Enforcement Standards
                                                            October 31, 1990

Domestic Intervention                           Florida Department of Law Enforcement
                                                December 13, 1991

Field Training Officer                          Florida Department of Law Enforcement
                                                February 3, 1992

Radar Speed Measurement Operator                Florida Department of Law Enforcement
                                                April 2, 1993

Law Enforcement Instructor                      Florida Department of Law Enforcement
                                                December 17, 1993

Law Enforcement Baton Instructor                Polk Community College/ Polk Sheriff's Office
Straight/Side-Handle/Expandable                 April 17, 1994

8

Exhibit B

Scott Lawson                                                          Law Enforcement Training
Curriculum Vitae

| | |
|---|---|
| Law Enforcement Firearms Instructor | Polk Community College/ Polk Sheriff's Office<br>September 5, 1995 |
| Law Enforcement Chemical Weapons Instructor | Aerko International<br>February 27, 1996 |
| Gang Training Specialist | National Gang Crimes Research Center<br>July 18, 1997 |
| Advanced Gang Training Specialist | National Gang Crimes Research Center<br>July 10, 1998 |
| Detective Training Instructor | Polk County Sheriff's Office<br>April 30, 1998 |
| Detective Training Supervisor | Polk County Sheriff's Office<br>February 8, 1999 |
| Clandestine Laboratory Investigation/Safety | Drug Enforcement Administration<br>March 5, 1999 |
| Street Training Supervisor | Polk County Sheriff's Office<br>March 12, 2001 |

### Specialized Law Enforcement Training

| | |
|---|---|
| Kubotan Defensive Tactics | Arkansas Law Enforcement Training Academy<br>October 31, 1989 |
| Advanced Field Sobriety | Arkansas Law Enforcement Training Academy<br>November 13, 1989 |
| Civil Process | Arkansas Law Enforcement Training Academy<br>November 15, 1989 |
| Handgun Marksman | Arkansas Law Enforcement Training Academy<br>November 16, 1989 |
| Pressure Point Control Tactics | PPCT Management Systems<br>Faulkner County, AR Sheriff's Office<br>November 18, 1989 |
| PR-24 (Side Handle Baton) | Arkansas Law Enforcement Training Academy<br>November 22, 1989 |
| Flashlight Defensive Tactics | Arkansas Law Enforcement Training Academy<br>December 5, 1989 |

9

Exhibit B

Scott Lawson                                                    Law Enforcement Training
Curriculum Vitae

Criminal Investigations                          University of Arkansas at Pine Bluff
                                                 January 1990

Introduction to Criminal Justice                 University of Arkansas at Pine Bluff
                                                 January 1990

Criminal Law                                     University of Arkansas at Pine Bluff
                                                 January 1990

DWI Detection/Advanced Field Sobriety Testing    Northwest Arkansas Police Institute
                                                 February 14, 1990

Drug Detection and Investigation                 Arkansas Law Enforcement Training Academy
                                                 May 31, 1990

Grade Crossing Accident Investigation            Union Pacific Railroad
                                                 August 9, 1990

Chemical Weapons Update                          Polk County Sheriff's Office
                                                 June 18, 1991

Low Light Shotgun Firing Course                  Polk Community College
                                                 July 2, 1991

Domestic Intervention                            Polk Community College
                                                 December 13, 1991

Street Gangs and Subcultures                     Los Angeles County Sheriff's Office
                                                 January 10, 1992

Operation Gang Busters                           Orange County, FL Sheriff's Office
                                                 January 30, 1992

Field Training Officer                           Polk Community College
                                                 February 14, 1992

Drug Suppression for Law Enforcement             Polk Community College
                                                 May 14, 1992

Mobile Field Force                               Polk Community College
                                                 May 14, 1992

Roadway Drug Interdiction                        Broward County, FL Sheriff's Office
                                                 August 7, 1992

Expandable Baton                                 South Florida Community College
                                                 September 1, 1992

10

Exhibit B

Scott Lawson                                                                                    Law Enforcement Training
Curriculum Vitae

| | |
|---|---|
| Radar Operator | Polk Community College<br>April 2, 1992 |
| Introduction to Gangs | Polk Community College<br>May 13, 1993 |
| Community Policing | Polk Community College<br>July 15, 1993 |
| Human Diversity | Polk Community College<br>August 16, 1993 |
| Bloodborne Pathogens | Polk County Sheriff's Office<br>October 26, 1993 |
| Street Survival | Calibre Press<br>November 8, 1993 |
| Tactical Edge | Calibre Press<br>November 8, 1993 |
| Community Oriented Policing | Polk Community College<br>November 17, 1993 |
| Instructor Techniques | Polk Community College<br>December 10, 1993 |
| Commission on Accreditation of Law Enforcement Agencies | Polk County Sheriff's Office<br>January 27, 1994 |
| Baton Instructor | Polk Community College<br>April 17, 1994 |
| Preventing Crime in the Black Community | St. Petersburg Police Department/US Dept. of Justice<br>April 30, 1994 |
| Chemical Agent | Polk County Sheriff's Office<br>May 6, 1994 |
| Police Mountain Bike Operations | Polk Community College<br>July 10, 1994 |
| Limited Access Terminal Operator-FCIC | Florida Department of Law Enforcement<br>August 30, 1994 |
| Law Enforcement and Adult Protective Services | Polk Community College<br>November 18, 1994 |

11

Exhibit B

Scott Lawson                                                     Law Enforcement Training
Curriculum Vitae

| | |
|---|---|
| Mobile Field Force Training | Polk Community College<br>February 3, 1995 |
| Narcotics, Gangs, Fraud, Gambling, Homicide | Florida Intelligence Unit<br>March 24, 1995 |
| Domestic Violence | Polk County Sheriff's Office<br>April 10, 1995 |
| Tactical Firearms Stress Course | Polk County Sheriff's Office<br>May 10, 1995 |
| Expandable Baton Annual Certification | Polk County Sheriff's Office<br>May 11, 1995 |
| Chemical Agent Annual Recertification | Polk County Sheriff's Office<br>May 11, 1995 |
| Talking Hands | Polk County Sheriff's Office<br>July 10, 1995 |
| Defensive Driver Training | Polk County Sheriff's Office<br>July 28, 1995 |
| Southeast Region Asian Gang Investigations | International Association of Asian Gang Investigators<br>August 24, 1995 |
| Firearms Instructor | Polk Community College<br>September 5, 1995 |
| Serious Habitual Offender Comprehensive Action Program | Department of Juvenile Justice<br>June 24, 1996 |
| RIPP Hobble Restraint System | Polk County Sheriff's Office<br>August 29, 1996 |
| Limited Access Terminal Operator Recertification | Florida Department of Law Enforcement<br>August 30, 1996 |
| Combatting Violent Street Gangs | Florida Gang Investigators Association<br>October 25, 1996 |
| Mobile Field Force Recertification | Polk County Sheriff's Office<br>December 3, 1996 |
| Bloodborne Pathogens Recertification | Polk County Sheriff's Office<br>December 3, 1996 |

12

Exhibit B

Scott Lawson                                                        Law Enforcement Training
Curriculum Vitae

| | |
|---|---|
| Civil Forfeiture | Polk County Sheriff's Office<br>December 3, 1996 |
| Drug Free Workplace | Polk County Sheriff's Office<br>December 3, 1996 |
| Stop Stick Training | Polk County Sheriff's Office<br>December 19, 1996 |
| Side Handle Baton Annual Certification | Polk County Sheriff's Office<br>May 30, 1997 |
| Expandable Baton Annual Certification | Polk County Sheriff's Office<br>May 30, 1997 |
| Chemical Agent/Protective Action Annual Certification | Polk County Sheriff's Office<br>May 30, 1997 |
| Gang Training Specialist | National Gang Crimes Research Center<br>July 18, 1997 |
| Basic Entry and Clearing Techniques | Polk County Sheriff's Office<br>September 8, 1997 |
| Bloodborne Pathogens Annual Certification | Polk County Sheriff's Office<br>August 12, 1997 |
| PCSO Case Reporting | Polk County Sheriff's Office<br>October 23, 1997 |
| Crime Scene Investigation | Polk County Sheriff's Office<br>November 6, 1997 |
| Investigating Gang Homicides | Public Safety Institute<br>Institute for Police Technology and Management<br>April 3, 1998 |
| Detective Training and Evaluation Program | Polk County Sheriff's Office<br>April 30, 1998 |
| Advanced Gang Specialist Training | National Gang Crimes Research Center<br>July 10, 1998 |
| Gang Identification, Suppression and Investigation | Florida Gang Investigator's Association<br>October 23, 1998 |

13

# Exhibit B

Scott Lawson                                                    Law Enforcement Training
Curriculum Vitae

| | |
|---|---|
| Limited Access Terminal Recertification-FCIC | Florida Department of Law Enforcement<br>November 19, 1998 |
| Annual Law Enforcement Retraining/Certification[1] | Polk County Sheriff's Office<br>April 20, 1999 |
| Narcotic Identification and Field Testing | Drug Enforcement Administration/ODV<br>March 2, 1998 |
| Clandestine Laboratory Investigations and Safety | Drug Enforcement Administration<br>March 5, 1998 |
| Motorola 800 MHz Radio Communications | Polk County Sheriff's Office/Motorola<br>November 16, 1999 |
| Annual Law Enforcement Retraining Certification | Polk County Sheriff's Office<br>November 30, 1999 |
| Human Diversity | Polk County Sheriff's Office<br>March 15, 2000 |
| Domestic Violence Update | Polk County Sheriff's Office<br>March 15, 2000 |
| Criminal Law Legal Updates | Office of the State's Attorney 10th Judicial Circuit<br>April 12, 2000 |
| Juvenile Sex Offenders | Polk County Sheriff's Office<br>April 13, 2000 |
| Basic Field Force Training | Polk County Sheriff's Office<br>May 2, 2000 |
| Criminal Case Law Update/Narcotics | Office of the State's Attorney 10th Judicial Circuit<br>June 6, 2000 |
| Case Reporting and Courtroom Testimony | Administrative Office of the Courts<br>10th Judicial Circuit<br>June 6, 2000 |
| Civil and Criminal Law Enforcement Updates | Polk County Sheriff's Office<br>June 13, 2000 |
| Proactive Community Attack on Problems (PROCAP) | Polk County Sheriff's Office<br>June 13, 2000 |

---

[1] Mandatory annual recertification in Firearms, Expandable Baton, Side-Handle Baton, Chemical Agents, Protective Action, Mobile Field Force, Drug Free Workplace, Harassment in the Workplace, Civil and Criminal Law Updates, and Bloodborne Pathogens

14

Exhibit B

Scott Lawson                                                                      Law Enforcement Training
Curriculum Vitae

Drug Free Workplace                                      Polk County Sheriff's Office
                                                         June 13, 2000

Workplace Harassment                                     Polk County Sheriff's Office
                                                         June 13, 2000

Bloodborne Pathogens Recertification                     Polk County Sheriff's Office
                                                         June 13, 2000

Handcuffing/Restraint Techniques                         Polk County Sheriff's Office
                                                         June 13, 2000

RIPP Hobble Restraints                                   Polk County Sheriff's Office
                                                         June 13, 2000

Response to In-Progress Shootings                        Polk County Sheriff's Office
                                                         June 30, 2000

Response to In-Progress Shootings-Practical Exercise     Polk County Sheriff's Office
                                                         September 16, 2000

Limited Access Terminal Operator Recertification-FCIC    Florida  Department of Law Enforcement
                                                         October 23, 2000

Rave and Designer Drug Investigations                    Multijurisdictional Counterdrug Task Force Training
                                                         February 19, 2001

Digital Crime Scene Photography                          Polk County Sheriff's Office
                                                         June 12, 2001

Supervisor's High Liability Training                     Polk County Sheriff's Office
                                                         August 28, 2001

Mobile Field Force Recertification                       Polk County Sheriff's Office
                                                         September 11, 2001

Auto Theft 101 Investigations                            Polk County Sheriff's Office
                                                         November 15, 2001

Firearms Interdiction, Identification & Investigation    US Bureau of Alcohol, Tobacco and Firearms
                                                         February, 2002

Annual Law Enforcement Recertification                   Polk County Sheriff's Office
                                                         May 7, 2002

15

Exhibit B

Scott Lawson                                                    Law Enforcement Training
Curriculum Vitae

Methamphetamine Lab Investigation              Polk County Sheriff's Office
                                               May 7, 2002

Exhibit B

Scott Lawson                                                              Law Enforcement Employment
Curriculum Vitae

## Law Enforcement Employment

**Faulkner County Sheriff's Office**                     Deputy Sheriff/Uniformed Criminal Investigator
Conway, Arkansas                                        Part-time/Constable 1/87-9/89
                                                        January 1987 – December 1990

Job Duties: Uniform patrol operations, traffic enforcement, traffic crash investigation, DWI investigations, initial crime response, investigate criminal activity, arrest criminal suspects, serve court process, drug suppression and investigation.

Significant Accomplishments: On March 5, 1990 I conducted a traffic stop in southern Faulkner county which resulted in the arrest of the driver for possession of a stolen vehicle and stolen firearm, the execution of a search warrant and recovery of stolen vehicle parts, the recovery of Arkansas driver's license production equipment stolen from the Department of Finance and Administration in Little Rock, four additional felony arrests and a conviction at jury trial of the suspect. Commendation from Sheriff Bob Blankenship.

**6th Judicial District Drug Task Force**               Special Agent
Bryant, Arkansas                                        April 1991 – May 1991

Job Duties: Responsible for assisting special agents operating in an undercover capacity conducting narcotics investigations within the 6th Judicial District.  Compiled reports, logged evidence, assisted in completing arrest and search warrants.

**Polk County Sheriff's Office**                        Deputy Sheriff
Bartow, Florida                                         East Region Operations-Patrol
                                                        May 1991 – October 1993

Job Duties: Uniform patrol operations, traffic enforcement, traffic crash investigation, initial crime response, investigate criminal activity, arrest criminal suspects, serve court process, drug suppression and investigation.

                                                        Deputy Sheriff
                                                        East Region Operations-Community Policing
                                                        October 1993 – March 1995

Job Duties: Responsible for patrolling a high crime and narcotics area on foot, bicycle and by vehicle utilizing community policing principles. Assist residents with quality of life issues and community improvement projects. Conducted investigations into street level drug sales and property/persons crimes. Assisted the community with after school tutoring, community improvement functions and maintained local community policing officer. Also performed all duties of a patrol deputy sheriff.

17

Exhibit B

Scott Lawson                                                          Law Enforcement Employment
Curriculum Vitae

Deputy Sheriff/Detective
Special Investigations-Intelligence
March 1995 – October 1995

Job Duties: Responsible for conducting intelligence investigations in assigned areas of responsibility, which included bombs and explosive devices, domestic terrorism organizations (White Supremacist, KKK, Motorcycle Gangs), criminal street gangs, dignitary protection, occult, and liaison with federal law enforcement agencies. Utilized computer databases to conduct intelligence investigations on targets of investigation, conducted internal criminal investigations against agency members, conducted background investigations of local police agency candidates for executive positions.

Significant Accomplishment: Conducted investigation into desecration of grave to assist Hillsborough County Sheriff's Office, authored search warrant for suspect's residence, recovered evidentiary items used at trial to obtain conviction. First search warrant targeting occult crime in Polk County history.  Case agent for *Zen Festival*, a large rave party that occurred at a venue within Polk County and resulted in numerous arrests and drug seizures.

Deputy Sheriff/Detective
Special Investigations-Gang Suppression
October 1995 – October 1998

Job Duties: Responsible for conducting street gang investigations of crimes involving gang members. Crimes included burglary, theft, car theft, assault/battery, gang recruiting, shootings, stabbings, gang fights, retaliation/witness intimidation, homicide. Served as agency wide gang liaison to other divisions and bureaus on gang crime investigations. Made public presentations, served on select committees concerning juvenile crime issues. Recruited and managed numerous gang confidential informants. Testified in court as an expert witness. Conducted covert investigations related to drug sales by gang members. Authored and executed search warrants, assisted other units with covert drug investigations and completed reports related to arrests, investigations and covert operations. Responsible for agency's graffiti eradication efforts.

Significant Accomplishments: Conducted numerous gang investigations resulting in the execution of over 15 search warrants for drug, firearm and stolen property crimes. Documented over 1000 active gang members and associates. Served on Polk County School Board committee to implement school uniforms to curb gang violence. Served on Polk County Commission committee to implement juvenile curfew to reduce juvenile crime. Served as agency liaison to the Polk County Gang Task Force and the Tampa Bay Multi-Agency Gang Task Force. Agency liaison to the US Secret Service and operated as primary unit member for dignitary protective services for former First Ladies Barbara Bush and Rosalynn Carter. Initiated covert investigation into murder for hire plot involving explosive devices, coordinated case with ATF and completed investigation with arrest of suspect when an inert explosive device was delivered by informant.

Deputy Sheriff/Sergeant
East Division Operations-Ridge Patrol
November 1998 – February 1999

Job Duties: Responsible for supervision of patrol platoon assigned to patrol operations. Supervised ten deputy sheriffs and two detectives in the performance of patrol and investigative functions. Reviewed, returned for correction and approved incident reports, search warrants and arrest reports. Provided consultation and direction to subordinates in tasks related to law enforcement operations. Conducted roll call briefings and prepared briefing reports of significant events for distribution to other divisions and the public information officer.

18

Exhibit B

Scott Lawson                                                                          Law Enforcement Employment
Curriculum Vitae

Deputy Sheriff/Sergeant
Special Investigations
Methamphetamine Suppression Unit
HIDTA Drug Task Force/Drug Interdiction
February 1999 – September 2000

Job Duties: Responsible for the supervision of four detectives assigned to the Methamphetamine Suppression Unit, two detective canine handlers assigned to the drug interdiction unit and six detectives from local agencies assigned to the HIDTA Drug Task Force. Reviewed and approved operations plans, supervised covert operations including controlled buys, buy-bust operations and reverse stings. Reviewed, returned for correction and approved incident reports, investigative reports, arrest reports, search warrants, operations briefing plans, operations plans and tactical entry plans. Supervised the tactical execution of search warrants. Authored or supervised the application and procurement of over 100 search warrants related to drug investigations. Liaised with DEA Methamphetamine Task Force, FBI Violent Crimes Task Force, US Marshals Service and US Customs Task Force to conduct joint local-federal drug investigations. Maintained deputation as Special Deputy United States Marshal to effect fugitive drug investigations.  Prepared and maintained budget for HIDTA Task Force, maintained and accounted for covert investigative funds and prepared monthly HIDTA activity reports.

Significant Accomplishments: Supervised the largest seizure of methamphetamine (33 pounds) at the time in Polk County history in a buy-bust operation targeting Mexican drug cartel. Supervised the investigation leading to execution of search warrants on 10 active clandestine methamphetamine labs, personally authored three of the search warrants. Contributed to a 21% increase in arrests, a 48% increase in currency seizures, and a 19% increase of property seizures for 1999 in supervising the unit's participation in PROCAP efforts.

Deputy Sheriff/Sergeant
Special Investigations
Tactical Drug Unit/Drug Interdiction Unit
September 2000 – March 2001

Job Duties: Responsible for supervision of four detectives assigned to the Tactical Drug Unit and two Detective canine handlers assigned to the Drug Interdiction Unit. Responsible for street level drug enforcement in high crime and drug neighborhoods and areas report though tips from the public using a variety of tactics including traffic enforcement, knock and talks, search warrants, covert investigations and community contacts.  Supervised the tactical execution of search warrants. Reviewed and approved operation plans, supervised covert operations including controlled buys, buy-bust operations and reverse stings. Reviewed, returned for correction and approved incident reports, investigative reports, arrest reports, search warrants, operations briefing plans, operation plans and tactical entry plans.

Deputy Sheriff/Sergeant
East Division Operations-Central District
March 2001 – May 2001

Job Duties: Responsible for supervision of patrol platoon assigned to patrol operations. Supervised ten deputy sheriffs and two detectives in the performance of patrol and investigative functions. Reviewed, returned for correction and approved incident reports, search warrants and arrest reports. Provided consultation and direction to subordinates in tasks related to law enforcement operations. Conducted roll call briefings and prepared briefing reports of significant events for distribution to other divisions and the public information officer.

19

Exhibit B

Scott Lawson                                                     Law Enforcement Employment
Curriculum Vitae

**Deputy Sheriff/Sergeant**
**East Division Operations-Central PROCAP**
**May 2001 – June 2002**

Job Duties: Supervised four tactical deputy sheriffs, ten patrol deputy sheriffs and one detective assigned to PROCAP squad, a problem-oriented policing unit. Responsible for coordinating response to increases in crime based on statistical review of crime data. Supervised the unit's response to in progress crimes and high crime areas. Supervised covert operations targeting street level property and person crimes, drug sales and quality of life crimes. Supervised the tactical execution of search warrants. Reviewed, returned for correction and approved incident reports, search warrants and arrest reports. Provided consultation and direction to subordinates in tasks related to law enforcement operations. Conducted roll call briefings and prepared briefing reports of significant events for distribution to other divisions and the public information officer.

Significant Accomplishments: Responsible for the supervision of deputies in proactive enforcement efforts that contributed to a 28% reduction in reported criminal activity in assigned areas of operation.

20

Exhibit B

Scott Lawson                                                    Law Enforcement Instructor
Curriculum Vitae

**Law Enforcement Instructor Positions**

| | |
|---|---|
| Polk County Sheriff's Office | Field Training Officer |
| Bartow, Florida | Firearms Instructor |
| February 1992 – June 2002 | Baton instructor |
| | Chemical Agent Instructor |
| | Protective Action Instructor |
| | Gang Investigation Instructor |
| | Detective Training Instructor |
| | Detective Training Supervisor |
| | Street Training Supervisor |
| | |
| National Gang Crimes Research Center | Advanced Street Gang Investigations |
| Chicago, Illinois | Gangs and the Internet |
| July 1997 – June 2002 | Gang/Drug Investigations |
| | Officer Safety |
| | |
| Polk Community College | Basic Law Enforcement Academy |
| Criminal Justice Program | Basic Corrections Academy |
| Winter Haven, Florida | Street Gang Investigations |
| | Search Warrant Preparation/Investigation |
| | Drug Investigations |
| | |
| South Florida Community College | Basic Law Enforcement Academy |
| Criminal Justice Program | Street Gang Investigations |
| Avon Park, Florida | Source of Information |
| | Auto Theft Investigations |
| | |
| Brevard Community College | Street Gang Investigations |
| Criminal Justice Program | |
| Cocoa, Florida | |
| | |
| Central Florida Community College | Street Gang Investigations |
| Criminal Justice Program | |
| Ocala, Florida | |
| | |
| Hillsborough Community College | Basic Law Enforcement Academy |
| Criminal Justice Academy | |
| Brandon, Florida | |
| | |
| Florida Sheriff's Association | Designer and Club Drugs |
| Tallahassee, Florida | Street Gang Investigations |
| | |
| Florida Gang Investigators Association | Gangs and the Internet |
| Orlando, Florida | Basic Street Gang Investigations |
| | Officer Safety |

21

# Exhibit B

Scott Lawson                                                        Law Enforcement Instructor
Curriculum Vitae

St. Petersburg Junior College                        Search Warrant Preparation: Gangs/Drugs
Criminal Justice Academy
St. Petersburg, Florida

United States Army                                   Basic Street Gang Investigation
Criminal Investigations Command                          Fort Leonard Wood, Missouri
                                                         Fort Bragg, North Carolina
                                                         Fort Campbell, Kentucky

United States Air Force                              Basic Street Gang Investigations
Office of Special Investigations                         Peterson AFB, Colorado
Colorado Springs, Colorado

MAGLOCLEN[2]                                         Gangs and the Internet
Newton, Pennsylvania                                     Baltimore, Maryland
                                                         Queens DA, Jamaica, New York
                                                     School Gang Information Sharing
                                                         Warren, Indiana

New Jersey Narcotics Officer's Associations          Basic Street Gang Investigations
                                                         Atlantic City, New Jersey

Heartland Educational Consortium                     Basic Street Gang Awareness
                                                         Sebring, Florida

North Carolina Crime Prevention Association          Basic Street Gang Investigations
                                                         Raleigh, North Carolina

Ocala Police Department                              Basic Street Gang Investigations
Ocala, Florida                                       Mayor's Blue Ribbon Panel on Gangs (Member)

Multijurisdictional Counterdrug Task Force Training  Basic Street Gang Investigations
St. Petersburg College                                   Alexandria, Louisiana
St. Petersburg, Florida                                  El Paso, Texas
                                                         Denver, Colorado
                                                         Colorado Springs, Colorado
                                                         Des Moines, Iowa
                                                         Kokomo, Indiana
                                                         Memphis, Tennessee
                                                         Springfield, Missouri
                                                         Gary, Indiana
                                                         Baton Rouge, Louisiana (LSP)
                                                         Gulf Coast HIDTA –LA/MS
                                                         Greenville, South Carolina
                                                         Charlotte, North Carolina
                                                         Billings, Montana

_____

[2] Mid Atlantic Great Lakes Organized Crime Law Enforcement Network

22

# Exhibit B

Scott Lawson                                                    Law Enforcement Instructor
Curriculum Vitae

Multijurisdictional Counterdrug Task Force Training        Basic Street Gang Investigations (Continued)
St. Petersburg College                                            Pittsburgh, Pennsylvania
St. Petersburg, Florida                                           Houston, Texas
                                                                  Madison, Wisconsin
                                                                  Georgia State Patrol - Atlanta
                                                                  Federal Bureau of Investigation - Houston
                                                                  Drug Enforcement Administration - Tampa
                                                                  US Marshals Service - Atlanta
                                                                  Alcohol, Tobacco and Firearms - Tampa
                                                                  Ocean City, Delaware
                                                                  Crowne Pointe, Indiana
                                                                  Florida Department of Corrections
                                                                  US Bureau of Prisons – USP Coleman
                                                                  Walt Disney World Security - Orlando

                                                          Advanced Gang Investigations
                                                                  Denver, Colorado
                                                                  Billings, Montana
                                                                  El Paso, Texas

                                                          Street and Club Drug Investigations
                                                                  Memphis, Tennessee
                                                                  Bartow, Florida

Florida Network of Victim Witness Services                Gang Witnesses: Special Problems/Special
Orlando, Florida                                                  Strategies for Successful Prosecution

Florida Schools                                           Basic Gang Awareness
                                                                  Hardee County Schools
                                                                  Highland County Schools
                                                                  Marion County Schools
                                                                  Polk County Schools

23

Exhibit B

Scott Lawson
Curriculum Vitae

**Law Enforcement Readings/Works**

Developed and authored course curriculum, visual presentations and text/handouts for:
- Advanced Street Gang Investigations course
- Basic Street Gang Investigation courses
- Club Drug Investigations
- Gang Witnesses: Special Problems/Special Strategies for Successful Prosecution
- Gangs and the Internet
- Gangs and the Military
- Girls and Gangs
- Hispanic Street Gangs and Methamphetamine Trafficking
- Officer Safety
- Search Warrant Preparation
- Sources of Information
- Street Drug Investigations
- Street Gang Awareness for Educators
- Street Gang Awareness for Judges and Prosecutors
- Street Gang Awareness for the Public

**Readings**

Numerous readings in the following areas:
- Administration of Justice
- Body Language
- Collateral Consequences of Criminal Convictions
- Corrections
- Criminal Psychology
- Criminology
- Detection of Deception
- Drug Abuse
- Drug Investigations
- Forensic Evidence
- Forensic Science
- Freedom of Information
- Graphology/Handwriting Analysis
- Digital Forensics
- Call Detail Records – Cell Tower Analysis
- Video Forensics
- Trial Exhibit Presentation
- Interview and Interrogation
- Law Enforcement Operations
- Leadership
- Legal and Public Records Research
- Legal Studies
- Psychology
- Recidivism
- Risk Assessment
- Sex Offender Issues
- Sociology
- Street Gang Identification
- Street Gang Investigations
- Wrongful Conviction

24

Exhibit B

Scott Lawson                                                    Law Enforcement Professional Memberships
Curriculum Vitae

## **Professional Memberships**

| | |
|---|---|
| Fraternal Order of Police<br>Polk County Lodge #46 | Member (February 1996-June 2002) |
| Florida Gang Investigators Association | Member (1992-1996)<br>Vice-President (1996 - 2000)<br>Sgt. at Arms (2000-2001) |
| California Gang Investigators Association | Member (1992-1998) |
| National Major Gang Task Force | Member (1996-1998) |
| Polk County Gang Task Force | Liaison (1995-1998) |
| Tampa Bay Multi Agency Gang Task Force | Liaison (1995-1998) |
| Central Florida Gang Intelligence Unit | Liaison (1995-1998) |
| Florida Narcotics Officers Association | Member (1998-2001) |
| Florida Intelligence Unit | Member (1995-1998) |
| Florida Sheriff's Association | Member (1994-2002) |

25

Exhibit B

Scott Lawson
Curriculum Vitae

Law Enforcement Task Force Assignments

### Law Enforcement Task Force Assignments/Details

| | |
|---|---|
| Polk County Gang Task Force | 1995-1998 |
| Tampa Bay Multi Agency Gang Task Force | 1995-1998 |
| Central Florida Gang Intelligence Unit | 1995-1998 |
| US Secret Service Dignitary Protection (Liaison) | 1995-2002 |
| DEA HIDTA/OCEDTF Task Force | 1998-2000 |
| US Marshals Fugitive Apprehension Strike Team | 2000-2001 |
| US Border Patrol Task Force | 1996-1998 |
| ATF Task Force  (Liaison) | 1995-1998 |

26

# Exhibit B

Scott Lawson                                              Expert Witness Designations
Curriculum Vitae

**Expert Witness Designations**

10th Judicial Circuit                          Gang Expert
Polk County Circuit Court                                Drug Investigation Expert
Bartow, Florida                                          Police Procedures Expert

United States District Court                             Drug Investigation Expert
Middle District of Florida                               Methamphetamine
Tampa, Florida

Louisiana State University                               Zoom Video Conferencing
Student Disciplinary Board                               Video/Audio Recording
Baton Rouge, Louisiana

27

Exhibit B

Scott Lawson                                                    Law Enforcement Awards and Recognition
Curriculum Vitae

## Law Enforcement Awards and Recognition

Academic Salutatorian/Squad Leader
Arkansas Law Enforcement Training Academy
Class 89-F
December 1989

Faulkner County Sheriff's Office
Sheriff's Commendation
Burglary/Auto Theft Investigation
April 1990

Polk County, Florida Sheriff's Office
Sheriff's Commendation
Hurricane Opal Disaster Response
November 1995

Polk County, Florida Sheriff's Office
Sheriff's Commendation
Gang Investigations
February 1996

Polk County Sheriff's Office
Department of Law Enforcement Commendation
Youth Protection Ordinance
September 1997

Polk County Sheriff's Office
Department of Law Enforcement Commendation
CALEA Accreditation
September 1997

Polk County Sheriff's Office
Special Operations Division Commendation
Morphine Trafficking Investigation
May 1995

Polk County Sheriff's Office
Special Operations Division Commendation
Gang Suppression Operations and Investigations
May 1996

Polk County Sheriff's Office
Special Operations Division Commendation
Methamphetamine Investigation (13 lbs./$750K)
July 1996

Polk County Sheriff's Office
Bureau of Special Investigations Commendation
Burglary Investigation – Gang Related
September 1997

Polk County Sheriff's Office
Bureau of Special Investigations Commendation
Marijuana Grow Operation
April 1999

Polk County Sheriff's Office
Bureau of Special Investigations Commendation
Search Warrant Execution – Deputy involved Shooting
October 1999

Polk County Sheriff's Office
Bureau of Special Investigations Commendation
Joint Local-Federal Drug Investigation (10 kilograms cocaine)
November 1999

Polk County Sheriff's Office
Bureau of Special Investigations Commendation
PROCAP Initiative Crime Suppression
February 2000

Polk County Sheriff's Office
Platoon Commendation
Gang Shooting Investigation
August 1995

Polk County Sheriff's Office
Platoon Commendation
Supervisory Functions
November 1998

Exhibit B

Scott Lawson                                                      Law Enforcement Awards and Recognition
Curriculum Vitae

Polk County Sheriff's Office                    Letter of Appreciation
Section Commendation                            Cellular One
Burglary Investigations                         Community Policing Initiative
August 1991                                     January 1995

Polk County Sheriff's Office                    Letter of Appreciation
Section Commendation                            Bureau of Alcohol, Tobacco and Firearms
Serial Burglary Investigation                   Miami Field Office
September 1991                                   Murder for Hire/Bomb Investigation
                                                July 1995

Polk County Sheriff's Office                    Letter of Appreciation
Section Commendation                            Rawls Park Neighborhood Association
Burglary Investigations                         Lakeland, Florida
January 1992                                     Pipe Bomb Investigation/Arrest
                                                August 1995

Polk County Sheriff's Office                    Letter of Appreciation
Section Commendation                            Office of the State Attorney
Credit Card Fraud Investigation                 Tenth Judicial Circuit, Bartow, Florida
July 1992                                       Gang Investigation Training for Prosecutors
                                                November 1995

F. Milton Thrasher Award                        Letter of Appreciation
Excellence in Gang Research                     Sun Ray Homeowners Association
National Gang Crimes Research Center            Gang Awareness Presentation
July 1997                                       February 1996

F. Milton Thrasher Award                        Letter of Appreciation
Excellence in Gang/Drug Interdiction            George Jenkins High School
National Gang Crimes Research Center            Lakeland, Florida
July 1998                                       Gang Awareness Community Presentation
                                                February 1996

Law Enforcement Officer of the Year             Letter of Appreciation
Region XII Council on Crime and Delinquency     Office of the Chief Circuit Judge
May 1998                                        Tenth Judicial Circuit, Bartow, Florida
                                                Gang Awareness Training for Judges and Staff
                                                March 1996

Deputy of the Quarter Nomination                Letter of Appreciation
Polk County Sheriff's Office                    Office of the Chief Circuit Judge
East Region                                     
October 1993                                    

Letter of Appreciation                          Letter of Appreciation
Florida Dept. of Business & Professional Regulation    Columbia County, Florida Sheriff's Office
Division of Alcoholic Beverages and Tobacco     Assist in Gang Investigation (Arson/Auto Theft)
Manufacture of Illicit Liquor Investigation     April 1996
April 1994

September 10, 2025                                                                    29

Exhibit B

Scott Lawson                                                    Law Enforcement Awards and Recognition
Curriculum Vitae

Letter of Appreciation                              Recognition of Service and Dedication
South Miami Beach Police Department                 Executive Board Member
Assist Detective on Assignment in Polk County       Florida Gang Investigators Association
June 1996                                           January 2002

Certificate of Appreciation                         Accomplishment Reports (124)
Florida Network of Victim Witness Services          Polk County Sheriff's Office
Gang Witnesses Seminar                              Service Recognition – Law Enforcement
June 1996

Certificate of Appreciation
Lewis Elementary School
Fort Meade, Florida
Gang Awareness and Prevention
May 1997

Certificate of Appreciation
Heartland Educational Leadership Consortium
Gang Awareness Seminar for Educators
June 1997

Certificate of Appreciation
New Jersey Narcotic Enforcement Officers Association
Gang and Drug Investigations
June 1998

Certificate of Appreciation
Mid Atlantic Great Lakes Organized Crime Law
Enforcement Network
Gangs and Schools
October 1999

Certificate of Appreciation
US Army Criminal Investigation Command
Street Gang Investigations
May 2000

Recognition of Outstanding Contribution to Crime
Prevention
North Carolina Crime Prevention Association
Street Gang Investigations and Community Awareness
November 2000

Certificate of Appreciation
North Carolina Crime Prevention Association
Gang Community Awareness for Crime Prevention
Officers
April 2001

September 10, 2025                                                                        30

# Exhibit B

Scott Lawson                                                    Law Enforcement Media Interviews
Curriculum Vitae

**Law Enforcement Media Interviews**

Lakeland Ledger
Lakeland, Florida

Winter Haven News Chief
Winter Haven, Florida

Lake Wales News
Lake Wales, Florida

Tampa Tribune
Tampa, Florida

St. Petersburg Times
St. Petersburg, Florida

Washington Times
Washington, DC

Bay News 9
Tampa, Florida

WCAX-TV
Tampa, Florida

KVIA-TV
El Paso, Texas

Polaroid Law Enforcement Imaging Newsletter
Polaroid Corporation

Insight on the News Magazine

*Into the Abyss: A Personal Journey into the World of Street Gangs*
Mike Carlie, PhD
http://people.missouristate.edu/michaelcarlie/what_i_learned_about/gangs/structure_of_gangs.htm

*Power Structure of Prison Gangs*
Sherrie Thomas
http://www.rpmwin.com/users/paige/powerstructure.html

NOTE: Articles Available Upon Request

September 10, 2025                                                              31

Exhibit B

Scott Lawson                                                          Employment and Training
Curriculum Vitae

## Other Employment and Training

Certificate of Completion
Joe Brinkman Umpire School
Cocoa Beach, Florida
February 1987

Certificate of Completion
National Association of Professional Baseball Leagues
Professional Baseball Umpire Corporation
St. Petersburg, Florida
March 1987

Umpire
New York – Pennsylvania Professional Baseball League (NYP)
June – September 1987

Umpire
South Atlantic Professional Baseball League (SAL)
April – September 1988, 1989

Umpire
NYP League Championship Series
1987

Umpire (Crew Chief)
SAL All-Star Game
1989

Umpire (Crew Chief)
SAL Divisional Playoffs
1989

Umpire (Crew Chief)
SAL League Championship Series
1989

Exhibit B

Scott Lawson                                                                    References
Curriculum Vitae

**References**

Brandon Rafool
10th Judicial Circuit Court Judge
Hardee County Courthouse
417 West Main St. Suite 327
Wauchula, FL 33873

Arthur Oubre
Deputy Sheriff
PO Box 1161
Anthony, Florida 32617
352.299.7315

Mark Hampton
Criminal Defense Attorney
1122 West Capitol
Little Rock, Arkansas 72202
501.376.6277

Danny Williams
Criminal Defense Attorney
323 Center St. Suite 1210
Little Rock, Arkansas 72201
501.413.5714

Degen Clow
Criminal Defense Attorney
120 N. Main St.
Benton, AR 72015
501-999-2569

Stewart Whaley
Criminal Defense Attorney
323 Center St. Suite 1030
Little Rock, AR 72015
501.425.6391

Sandra Nicks
Criminal Defense Attorney
1223 North Lee Highway, Suite 182
Lexington, VA 24450
540.838.3387

Additional references from attorneys are available on request
Samples of legal writing are available upon request.

September 10, 2025                                                              33

Exhibit B

## Victor Sherman

| | |
|---|---|
| **From:** | Digital Defense Pro <info@digitaldefensepro.com> |
| **Sent:** | Monday, January 12, 2026 11:53 AM |
| **To:** | sara@azarilaw.com |
| **Cc:** | Victor Sherman; Elizabeth Preciado |
| **Subject:** | Re: VERY URGENT |

The Arkansas case pending for March is State v. Trigleth (CSAM) Faulkner County

## Scott Lawson CCO, CCPA

Digital Forensics Expert & Consultant



702-329-1655

833-529-3231

info@digitalsdefensepro.com

www.digitaldefensepro.com

222 S. Rainbow Blvd. Suite 111, Las Vegas, NV 89145

This message, including any attachment(s), is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged legal material. Any review, distribution, or other unauthorized use of the information by anyone other than the intended recipient is prohibited. If you received this communication in error, please contact the sender immediately by reply email and delete the email and any attachments from your computer. We cannot guarantee the integrity and security of this message on the Internet.

On Jan 12, 2026, 2:50 PM -0500, Scott Lawson <info@digitaldefensepro.com>, wrote:

> I have reviewed my calendar and the following are the trial dates I have upcoming
>
> Week of
> March 2 - Commonwealth of Virginia v. Anthony (Sexual Solicitation) Rockingham County
>
> March 16 -Commonwealth v. Dakota Martin (VOP Endangering Child)
> Augusta County
>
> April 13 - Commonwealth v. Julian Thompson (Sex. Solicitation Minor)
> Rockbridge County
>
> April 20 - Commonwealth v. Shadkhoo (Rape, Abduction)
> April 27 - Commonwealth v. Shadkhoo cont'd
> Lynchburg

## Exhibit B

May 4 - Commonwealth v. Boucher (CSAM)
Harrisonburg

May 18 - Commonwealth v. Clinedinst (CSAM)
Augusta County

May 20 - Board of Nursing v. Sheets (Prof. Licensing)
Henrico

I also have a case that is being scheduled for March in Arkansas one of the two open weeks for suppression hearing.

Medical Testing - week of May 11 (Care Access)

## Scott Lawson CCO, CCPA

Digital Forensics Expert & Consultant

702-329-1655

833-529-3231

info@digitalsdefensepro.com

www.digitaldefensepro.com

222 S. Rainbow Blvd. Suite 111, Las Vegas, NV 89145



This message, including any attachment(s), is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged legal material. Any review, distribution, or other unauthorized use of the information by anyone other than the intended recipient is prohibited. If you received this communication in error, please contact the sender immediately by reply email and delete the email and any attachments from your computer. We cannot guarantee the integrity and security of this message on the Internet.

On Jan 12, 2026, 2:20 PM -0500, sara@azarilaw.com <sara@azarilaw.com>, wrote:



Exhibit B