# EXHIBIT D



# FORENSIC EXAMINATION REPORT

## CASE NUMBER 23-454-01A

Case generated    Thursday, December 7, 2023
Report generated    Wednesday, April 15, 2026

Case overview

# CASE OVERVIEW

## CASE PROCESSING DETAILS

SCAN 2

    Scan date    Monday, December 11, 2023 5:49:26 AM

SCAN 1

    Scan date    Thursday, December 7, 2023 1:28:07 PM

Evidence overview

# EVIDENCE OVERVIEW

Evidence items      2

Combined results     2,787,655

## ORC041868_1.E01 (1,654,864)

Evidence number     ORC041868_1.E01

Location     ORC041868_1.E01

Platform     **Computer**

## ORC041867_1.E01 (1,132,791)

Evidence number     ORC041867_1.E01

Location     ORC041867_1.E01

Platform     **Computer**

Chrome Bookmarks

Record 1

| | |
|---|---|
| Tags | Evidence |
| URL | https://corporate.findlaw.com/litigation-disputes/how-to-avoid-going-to-jail-under-18-u-s-c-section-1001-for-lying.html |
| Added Date/Time - UTC+00:00 (M/d/yyyy) | 4/13/2018 11:40:05 AM |
| Name | How to Avoid Going to Jail under 18 U.S.C. Section 1001 for Lying to Government Agents - FindLaw |
| Parent | LAWYER |
| Type | url |
| Source | • ORC041867_1.E01 - Partition 3 (Microsoft NTFS, 476.05 GB)\Users\Endle\AppData\Local\Google\Chrome\User Data\Default\Bookmarks |
| Location | • n/a |
| Evidence number | • ORC041867_1.E01 |
| Recovery method | • Parsing |
| Item ID | 808679 |