# EXHIBIT E



# FORENSIC EXAMINATION REPORT

## CASE NUMBER 23-454-01A

Case generated    Thursday, December 7, 2023
Report generated    Wednesday, April 15, 2026

Case overview

# CASE OVERVIEW

## CASE PROCESSING DETAILS

SCAN 2

Scan date    Monday, December 11, 2023 5:49:26 AM

SCAN 1

Scan date    Thursday, December 7, 2023 1:28:07 PM

Evidence overview

# EVIDENCE OVERVIEW

| | |
|---|---|
| Evidence items | 2 |
| Combined results | 2,787,655 |

## ORC041868_1.E01 (1,654,864)

| | |
|---|---|
| Evidence number | ORC041868_1.E01 |
| Location | ORC041868_1.E01 |
| Platform | **Computer** |

## ORC041867_1.E01 (1,132,791)

| | |
|---|---|
| Evidence number | ORC041867_1.E01 |
| Location | ORC041867_1.E01 |
| Platform | **Computer** |

Chrome Downloads

## Record 1

| | |
|---|---|
| Tags | CSAM |
| Download Source | https://sukebei.nyaa.si/download/2315660.torrent |
| File Name | (COMIC1☆11) [HellDevice (nalvas)] Dragonic Lolita Bomb! (小林さんちのメイドラゴン).torrent |
| Start Time Date/Time - UTC+00:00 (M/d/yyyy) | 6/27/2017 6:25:09 AM |
| End Time Date/Time - UTC+00:00 (M/d/yyyy) | 6/27/2017 6:25:10 AM |
| Saved To | C:\Users\Arthur\Downloads\(COMIC1☆11) [HellDevice (nalvas)] Dragonic Lolita Bomb! (小林さんちのメイドラゴン).torrent |
| State | Download Complete |
| Opened | Yes |
| Bytes Downloaded | 32378 |
| File Size (Bytes) | 32378 |
| Source | • ORC041868_1.E01 - Partition 3 (Microsoft NTFS, 919.13 GB) Windows\Users\Arthur\AppData\Local\Google\Chrome\User Data\Default\History |
| Location | • Table: downloads(id: 4954)<br>• Table: downloads_url_chains(rowid: 4975) |
| Evidence number | • ORC041868_1.E01 |
| Recovery method | • Parsing |
| Item ID | 1903601 |

## Record 2

| | |
|---|---|
| Tags | CSAM |
| Download Source | https://rarbg.to/download.php?id=zjvt2b8&f=Hegre.com_17.02.02.Nicolette.Silicon.Sex.Doll.XXX.IMAGESET-FuGLi-[rarbg.to].torrent |
| File Name | Hegre.com_17.02.02.Nicolette.Silicon.Sex.Doll.XXX.IMAGESET-FuGLi-[rarbg.to].torrent |
| Start Time Date/Time - UTC+00:00 (M/d/yyyy) | 7/29/2017 11:00:23 PM |
| End Time Date/Time - UTC+00:00 (M/d/yyyy) | 7/29/2017 11:00:24 PM |
| Saved To | C:\Users\Arthur\Downloads\Hegre.com_17.02.02.Nicolette.Silicon.Sex.Doll.XXX.IMAGESET-FuGLi-[rarbg.to].torrent |
| State | Download Complete |
| Opened | Yes |
| Bytes Downloaded | 16060 |
| File Size (Bytes) | 16060 |
| Source | • ORC041868_1.E01 - Partition 3 (Microsoft NTFS, 919.13 GB) Windows\Users\Arthur\AppData\Local\Google\Chrome\User Data\Default\History |
| Location | • Table: downloads(id: 10430)<br>• Table: downloads_url_chains(rowid: 10500) |
| Evidence number | • ORC041868_1.E01 |
| Recovery method | • Parsing |
| Item ID | 1911081 |

## Record 3

| | |
|---|---|
| Tags | CSAM |
| Download Source | https://jsdolls.com/shop?olsFocus=false&olsPage=products/155cm-tpe-metal-skeleton-men-sex-toy-doll-lifelike-adult-male-love-masturbation |
| File Name | jsdolls- sex doll _ jsdolls.html |
| Start Time Date/Time - UTC+00:00 (M/d/yyyy) | 11/10/2017 8:45:44 AM |
| End Time Date/Time - UTC+00:00 (M/d/yyyy) | 11/10/2017 8:45:47 AM |
| Saved To | C:\Users\Arthur\Downloads\jsdolls- sex doll _ jsdolls.html |
| State | Download Complete |
| Opened | No |
| Bytes Downloaded | 12 |
| File Size (Bytes) | 12 |
| Source | • ORC041868_1.E01 - Partition 3 (Microsoft NTFS, 919.13 GB) Windows\Users\Arthur\AppData\Local\Google\Chrome\User Data\Default\History |
| Location | • Table: downloads(id: 21984)<br>• Table: downloads_url_chains(rowid: 22186) |
| Evidence number | • ORC041868_1.E01 |

Chrome Downloads

| | |
|---|---|
| Recovery method | • Parsing |
| Item ID | 1922180 |

### Record 4

| | |
|---|---|
| Tags | CSAM |
| Download Source | https://rarbg.to/download.php?id=t6h39qs&f=Lolitas.Anthology.DiSC1.XXX.DVDRip.x264-Digital Sin-[rarbg.to].torrent |
| File Name | Lolitas.Anthology.DiSC1.XXX.DVDRip.x264-DigitalSin-[rarbg.to].torrent |
| Start Time Date/Time - UTC+00:00 (M/d/yyyy) | 3/27/2018 6:05:23 AM |
| End Time Date/Time - UTC+00:00 (M/d/yyyy) | 3/27/2018 6:05:24 AM |
| Saved To | C:\Users\Arthur\Downloads\Lolitas.Anthology.DiSC1.XXX.DVDRip.x264-DigitalSin-[rarbg.to].torrent |
| State | Download Complete |
| Opened | Yes |
| Bytes Downloaded | 75367 |
| File Size (Bytes) | 75367 |
| Source | • ORC041868_1.E01 - Partition 3 (Microsoft NTFS, 919.13 GB) Windows\Users\Arthur\AppData\Local\Google\Chrome\User Data\Default\History |
| Location | • Table: downloads(id: 37032)<br>• Table: downloads_url_chains(rowid: 37416) |
| Evidence number | • ORC041868_1.E01 |
| Recovery method | • Parsing |
| Item ID | 1936670 |

### Record 5

| | |
|---|---|
| Tags | CSAM |
| Download Source | https://rarbg.to/download.php?id=j2dhieb&f=Lolitas%20Anthology%20DiSC1%20XXX%20DVDRip%20x264-DigitalSin-[rarbg.to].torrent |
| File Name | Lolitas Anthology DiSC1 XXX DVDRip x264-DigitalSin-[rarbg.to].torrent |
| Start Time Date/Time - UTC+00:00 (M/d/yyyy) | 3/27/2018 10:32:06 PM |
| End Time Date/Time - UTC+00:00 (M/d/yyyy) | 3/27/2018 10:32:06 PM |
| Saved To | C:\Users\Arthur\Downloads\Lolitas Anthology DiSC1 XXX DVDRip x264-DigitalSin-[rarbg.to].torrent |
| State | Download Complete |
| Opened | Yes |
| Bytes Downloaded | 19805 |
| File Size (Bytes) | 19805 |
| Source | • ORC041868_1.E01 - Partition 3 (Microsoft NTFS, 919.13 GB) Windows\Users\Arthur\AppData\Local\Google\Chrome\User Data\Default\History |
| Location | • Table: downloads(id: 37127)<br>• Table: downloads_url_chains(rowid: 37511) |
| Evidence number | • ORC041868_1.E01 |
| Recovery method | • Parsing |
| Item ID | 1936763 |

### Record 6

| | |
|---|---|
| Tags | CSAM |
| Download Source | https://rarbg.to/download.php?id=7zkc4am&f=Lolitas%20Anthology%20DiSC2%20XXX%20DVDRip%20x264-DigitalSin-[rarbg.to].torrent |
| File Name | Lolitas Anthology DiSC2 XXX DVDRip x264-DigitalSin-[rarbg.to].torrent |
| Start Time Date/Time - UTC+00:00 (M/d/yyyy) | 3/27/2018 10:32:14 PM |
| End Time Date/Time - UTC+00:00 (M/d/yyyy) | 3/27/2018 10:32:14 PM |
| Saved To | C:\Users\Arthur\Downloads\Lolitas Anthology DiSC2 XXX DVDRip x264-DigitalSin-[rarbg.to].torrent |
| State | Download Complete |
| Opened | Yes |
| Bytes Downloaded | 12346 |

Chrome Downloads

| | |
|---|---|
| File Size (Bytes) | 12346 |
| Source | • ORC041868_1.E01 - Partition 3 (Microsoft NTFS, 919.13 GB) Windows\Users\Arthur\AppData\Local\Google\Chrome\User Data\Default\History |
| Location | • Table: downloads(id: 37128)<br>• Table: downloads_url_chains(rowid: 37512) |
| Evidence number | • ORC041868_1.E01 |
| Recovery method | • Parsing |
| Item ID | 1936764 |

Record 7

| | |
|---|---|
| Tags | CSAM |
| Download Source | https://sukebei.nyaa.si/download/2654308.torrent |
| File Name | (同人CG集) [LolitaChannel (ありがせしんじ)] 有名キャラ官能小説CG集第253弾 新・光神話パルテナ○鏡はぁはぁCG集 (新・光神話 パルテナの鏡).torrent |
| Start Time Date/Time - UTC+00:00 (M/d/yyyy) | 2/13/2019 3:17:01 PM |
| End Time Date/Time - UTC+00:00 (M/d/yyyy) | 2/13/2019 3:17:03 PM |
| Saved To | C:\Users\Arthur\Downloads\(同人CG集) [LolitaChannel (ありがせしんじ)] 有名キャラ官能小説CG集第253弾 新・光神話パルテナ○鏡は ぁはぁCG集 (新・光神話 パルテナの鏡).torrent |
| State | Download Complete |
| Opened | Yes |
| Bytes Downloaded | 10617 |
| File Size (Bytes) | 10617 |
| Source | • ORC041868_1.E01 - Partition 3 (Microsoft NTFS, 919.13 GB) Windows\Users\Arthur\AppData\Local\Google\Chrome\User Data\Default\History |
| Location | • Table: downloads(id: 59902)<br>• Table: downloads_url_chains(rowid: 60471) |
| Evidence number | • ORC041868_1.E01 |
| Recovery method | • Parsing |
| Item ID | 1958077 |

Record 8

| | |
|---|---|
| Tags | CSAM |
| Download Source | https://sukebei.nyaa.si/download/2654307.torrent |
| File Name | (同人CG集) [LolitaChannel (ありがせしんじ)] 有名キャラ官能小説CG集第261弾 フ○イアーエ○ブレム覚醒はぁはぁCG集 (ファイアーエムブレム 覚醒).torrent |
| Start Time Date/Time - UTC+00:00 (M/d/yyyy) | 2/13/2019 3:17:11 PM |
| End Time Date/Time - UTC+00:00 (M/d/yyyy) | 2/13/2019 3:17:12 PM |
| Saved To | C:\Users\Arthur\Downloads\(同人CG集) [LolitaChannel (ありがせしんじ)] 有名キャラ官能小説CG集第261弾 フ○イアーエ○ブレム覚醒 はぁはぁCG集 (ファイアーエムブレム 覚醒).torrent |
| State | Download Complete |
| Opened | Yes |
| Bytes Downloaded | 9623 |
| File Size (Bytes) | 9623 |
| Source | • ORC041868_1.E01 - Partition 3 (Microsoft NTFS, 919.13 GB) Windows\Users\Arthur\AppData\Local\Google\Chrome\User Data\Default\History |
| Location | • Table: downloads(id: 59903)<br>• Table: downloads_url_chains(rowid: 60472) |
| Evidence number | • ORC041868_1.E01 |
| Recovery method | • Parsing |
| Item ID | 1958078 |

Record 9

| | |
|---|---|
| Tags | CSAM |
| Download Source | https://sukebei.nyaa.si/download/2654317.torrent |
| File Name | (同人CG集) [LolitaChannel (ありがせしんじ)] 有名キャラ官能小説CG集 第337弾!! やはり俺○青春ラブコメは間違っている。続はぁはぁCG集.torrent |
| Start Time Date/Time - UTC+00:00 (M/d/yyyy) | 2/13/2019 3:17:20 PM |

Chrome Downloads

| | |
|---|---|
| End Time Date/Time - UTC+00:00 (M/d/yyyy) | 2/13/2019 3:17:22 PM |
| Saved To | C:\Users\Arthur\Downloads\(同人CG集) [LolitaChannel (ありがせしんじ)] 有名キャラ官能小説CG集 第337弾!!やはり俺○青春ラブコメは間違っている。続はぁはぁCG集.torrent |
| State | Download Complete |
| Opened | Yes |
| Bytes Downloaded | 8950 |
| File Size (Bytes) | 8950 |
| Source | • ORC041868_1.E01 - Partition 3 (Microsoft NTFS, 919.13 GB) Windows\Users\Arthur\AppData\Local\Google\Chrome\User Data\Default\History |
| Location | • Table: downloads(id: 59904)<br>• Table: downloads_url_chains(rowid: 60473) |
| Evidence number | • ORC041868_1.E01 |
| Recovery method | • Parsing |
| Item ID | 1958079 |

Record 10

| | |
|---|---|
| Tags | CSAM |
| Download Source | https://sukebei.nyaa.si/download/2654314.torrent |
| File Name | (同人CG集) [LolitaChannel (ありがせしんじ)] 有名キャラ官能小説CG集 第276弾やはり俺○青春ラブコメはまちがっている。はぁはぁCG集.torrent |
| Start Time Date/Time - UTC+00:00 (M/d/yyyy) | 2/13/2019 3:17:28 PM |
| End Time Date/Time - UTC+00:00 (M/d/yyyy) | 2/13/2019 3:17:29 PM |
| Saved To | C:\Users\Arthur\Downloads\(同人CG集) [LolitaChannel (ありがせしんじ)] 有名キャラ官能小説CG集 第276弾やはり俺○青春ラブコメはまちがっている。はぁはぁCG集.torrent |
| State | Download Complete |
| Opened | Yes |
| Bytes Downloaded | 9448 |
| File Size (Bytes) | 9448 |
| Source | • ORC041868_1.E01 - Partition 3 (Microsoft NTFS, 919.13 GB) Windows\Users\Arthur\AppData\Local\Google\Chrome\User Data\Default\History |
| Location | • Table: downloads(id: 59905)<br>• Table: downloads_url_chains(rowid: 60474) |
| Evidence number | • ORC041868_1.E01 |
| Recovery method | • Parsing |
| Item ID | 1958080 |

Record 11

| | |
|---|---|
| Tags | CSAM |
| Download Source | https://sukebei.nyaa.si/download/2654313.torrent |
| File Name | (同人CG集) [LolitaChannel (ありがせしんじ)] 有名キャラ官能小説CG集 第301弾!! ノ○ガミはぁはぁCG集 (ノラガミ).torrent |
| Start Time Date/Time - UTC+00:00 (M/d/yyyy) | 2/13/2019 3:18:09 PM |
| End Time Date/Time - UTC+00:00 (M/d/yyyy) | 2/13/2019 3:18:10 PM |
| Saved To | C:\Users\Arthur\Downloads\(同人CG集) [LolitaChannel (ありがせしんじ)] 有名キャラ官能小説CG集 第301弾!!ノ○ガミはぁはぁCG集 (ノラガミ).torrent |
| State | Download Complete |
| Opened | Yes |
| Bytes Downloaded | 9237 |
| File Size (Bytes) | 9237 |
| Source | • ORC041868_1.E01 - Partition 3 (Microsoft NTFS, 919.13 GB) Windows\Users\Arthur\AppData\Local\Google\Chrome\User Data\Default\History |
| Location | • Table: downloads(id: 59906)<br>• Table: downloads_url_chains(rowid: 60475) |
| Evidence number | • ORC041868_1.E01 |
| Recovery method | • Parsing |
| Item ID | 1958081 |

Record 12

Chrome Downloads

| | |
|---|---|
| Tags | CSAM |
| Download Source | https://sukebei.nyaa.si/download/2654312.torrent |
| File Name | (同人CG集) [LolitaChannel (ありがせしんじ)] 有名キャラ官能小説CG集 第259弾 翠星○ガルガンティアはぁはぁCG集 (翠星のガルガンティア).torrent |
| Start Time Date/Time - UTC+00:00 (M/d/yyyy) | 2/13/2019 3:18:23 PM |
| End Time Date/Time - UTC+00:00 (M/d/yyyy) | 2/13/2019 3:18:24 PM |
| Saved To | C:\Users\Arthur\Downloads\(同人CG集) [LolitaChannel (ありがせしんじ)] 有名キャラ官能小説CG集 第259弾 翠星○ガルガンティアは ぁはぁCG集 (翠星のガルガンティア).torrent |
| State | Download Complete |
| Opened | Yes |
| Bytes Downloaded | 10351 |
| File Size (Bytes) | 10351 |
| Source | • ORC041868_1.E01 - Partition 3 (Microsoft NTFS, 919.13 GB) Windows\Users\Arthur\AppData\Local\Google\Chrome\User Data\Default\History |
| Location | • Table: downloads(id: 59907)<br>• Table: downloads_url_chains(rowid: 60476) |
| Evidence number | • ORC041868_1.E01 |
| Recovery method | • Parsing |
| Item ID | 1958082 |

Record 13

| | |
|---|---|
| Tags | CSAM |
| Download Source | https://sukebei.nyaa.si/download/2654311.torrent |
| File Name | (同人CG集) [LolitaChannel (ありがせしんじ)] 有名キャラ官能小説CG集 第195弾 花咲○いろははぁはぁCG集 (花咲くいろは).torrent |
| Start Time Date/Time - UTC+00:00 (M/d/yyyy) | 2/13/2019 3:18:33 PM |
| End Time Date/Time - UTC+00:00 (M/d/yyyy) | 2/13/2019 3:18:34 PM |
| Saved To | C:\Users\Arthur\Downloads\(同人CG集) [LolitaChannel (ありがせしんじ)] 有名キャラ官能小説CG集 第195弾 花咲○いろははぁはぁC G集 (花咲くいろは).torrent |
| State | Download Complete |
| Opened | Yes |
| Bytes Downloaded | 9527 |
| File Size (Bytes) | 9527 |
| Source | • ORC041868_1.E01 - Partition 3 (Microsoft NTFS, 919.13 GB) Windows\Users\Arthur\AppData\Local\Google\Chrome\User Data\Default\History |
| Location | • Table: downloads(id: 59908)<br>• Table: downloads_url_chains(rowid: 60477) |
| Evidence number | • ORC041868_1.E01 |
| Recovery method | • Parsing |
| Item ID | 1958083 |

Record 14

| | |
|---|---|
| Tags | CSAM |
| Download Source | https://sukebei.nyaa.si/download/2654310.torrent |
| File Name | (同人CG集) [LolitaChannel (ありがせしんじ)] 有名キャラ官能小説CG集第192弾 侵○!イカ娘はぁはぁCG集 (侵略!イカ娘).torrent |
| Start Time Date/Time - UTC+00:00 (M/d/yyyy) | 2/13/2019 3:18:42 PM |
| End Time Date/Time - UTC+00:00 (M/d/yyyy) | 2/13/2019 3:18:43 PM |
| Saved To | C:\Users\Arthur\Downloads\(同人CG集) [LolitaChannel (ありがせしんじ)] 有名キャラ官能小説CG集第192弾 侵○!イカ娘はぁはぁCG 集 (侵略!イカ娘).torrent |
| State | Download Complete |
| Opened | Yes |
| Bytes Downloaded | 9862 |
| File Size (Bytes) | 9862 |
| Source | • ORC041868_1.E01 - Partition 3 (Microsoft NTFS, 919.13 GB) Windows\Users\Arthur\AppData\Local\Google\Chrome\User Data\Default\History |

Chrome Downloads

| | |
|---|---|
| Location | • Table: downloads(id: 59909)<br>• Table: downloads_url_chains(rowid: 60478) |
| Evidence number | • ORC041868_1.E01 |
| Recovery method | • Parsing |
| Item ID | 1958084 |

Record 15

| | |
|---|---|
| Tags | CSAM |
| Download Source | https://rarbg.to/download.php?id=utfsnk4&f=Pure18%20-%20Lexi%20Lore%20-%20Sex%20Doll%20mp4-[rarbg.to].torrent |
| File Name | Pure18 - Lexi Lore - Sex Doll mp4-[rarbg.to] (1).torrent |
| Start Time Date/Time - UTC+00:00 (M/d/yyyy) | 4/26/2019 10:17:33 PM |
| End Time Date/Time - UTC+00:00 (M/d/yyyy) | 4/26/2019 10:17:34 PM |
| Saved To | C:\Users\Arthur\Downloads\Pure18 - Lexi Lore - Sex Doll mp4-[rarbg.to] (1).torrent |
| State | Download Complete |
| Opened | No |
| Bytes Downloaded | 20763 |
| File Size (Bytes) | 20763 |
| Source | • ORC041868_1.E01 - Partition 3 (Microsoft NTFS, 919.13 GB) Windows\Users\Arthur\AppData\Local\Google\Chrome\User Data\Default\History |
| Location | • Table: downloads(id: 67641)<br>• Table: downloads_url_chains(rowid: 68268) |
| Evidence number | • ORC041868_1.E01 |
| Recovery method | • Parsing |
| Item ID | 1965213 |

Record 16

| | |
|---|---|
| Tags | CSAM |
| Download Source | https://rarbg.to/download.php?id=kyzgwpl&f=AnalIntroductions%20-%20Adolescent%20anal%20sex%20addict%20-%20Tetti%20Dew%20Korti%20720p%20mp4-[rarbg.to].torrent |
| File Name | AnalIntroductions - Adolescent anal sex addict - Tetti Dew Korti 720p mp4-[rarbg.to].torrent |
| Start Time Date/Time - UTC+00:00 (M/d/yyyy) | 5/13/2019 5:51:49 PM |
| End Time Date/Time - UTC+00:00 (M/d/yyyy) | 5/13/2019 5:51:49 PM |
| Saved To | C:\Users\Arthur\Downloads\AnalIntroductions - Adolescent anal sex addict - Tetti Dew Korti 720p mp4-[rarbg.to].torrent |
| State | Download Complete |
| Opened | Yes |
| Bytes Downloaded | 5645 |
| File Size (Bytes) | 5645 |
| Source | • ORC041868_1.E01 - Partition 3 (Microsoft NTFS, 919.13 GB) Windows\Users\Arthur\AppData\Local\Google\Chrome\User Data\Default\History |
| Location | • Table: downloads(id: 69606)<br>• Table: downloads_url_chains(rowid: 70277) |
| Evidence number | • ORC041868_1.E01 |
| Recovery method | • Parsing |
| Item ID | 1967069 |

Record 17

| | |
|---|---|
| Tags | CSAM |
| Download Source | https://sukebei.nyaa.si/download/2727075.torrent |
| File Name | [TBA] Lolita Cheng Set 10.torrent |
| Start Time Date/Time - UTC+00:00 (M/d/yyyy) | 5/23/2019 10:36:53 PM |
| End Time Date/Time - UTC+00:00 (M/d/yyyy) | 5/23/2019 10:36:55 PM |
| Saved To | C:\Users\Arthur\Downloads\[TBA] Lolita Cheng Set 10.torrent |
| State | Download Complete |
| Opened | Yes |

Chrome Downloads

| | |
|---|---|
| Bytes Downloaded | 17485 |
| File Size (Bytes) | 17485 |
| Source | • ORC041868_1.E01 - Partition 3 (Microsoft NTFS, 919.13 GB) Windows\Users\Arthur\AppData\Local\Google\Chrome\User Data\Default\History |
| Location | • Table: downloads(id: 70985)<br>• Table: downloads_url_chains(rowid: 71656) |
| Evidence number | • ORC041868_1.E01 |
| Recovery method | • Parsing |
| Item ID | 1968362 |

Record 18

| | |
|---|---|
| Tags | CSAM |
| Download Source | https://sukebei.nyaa.si/download/2725725.torrent |
| File Name | [TBA] Lolita Cheng Set 09.torrent |
| Start Time Date/Time - UTC+00:00 (M/d/yyyy) | 5/23/2019 10:37:35 PM |
| End Time Date/Time - UTC+00:00 (M/d/yyyy) | 5/23/2019 10:37:36 PM |
| Saved To | C:\Users\Arthur\Downloads\[TBA] Lolita Cheng Set 09.torrent |
| State | Download Complete |
| Opened | Yes |
| Bytes Downloaded | 19525 |
| File Size (Bytes) | 19525 |
| Source | • ORC041868_1.E01 - Partition 3 (Microsoft NTFS, 919.13 GB) Windows\Users\Arthur\AppData\Local\Google\Chrome\User Data\Default\History |
| Location | • Table: downloads(id: 70990)<br>• Table: downloads_url_chains(rowid: 71661) |
| Evidence number | • ORC041868_1.E01 |
| Recovery method | • Parsing |
| Item ID | 1968367 |

Record 19

| | |
|---|---|
| Tags | CSAM |
| Download Source | https://sukebei.nyaa.si/download/2724294.torrent |
| File Name | [TBA] Lolita Cheng Set 08.torrent |
| Start Time Date/Time - UTC+00:00 (M/d/yyyy) | 5/23/2019 10:37:50 PM |
| End Time Date/Time - UTC+00:00 (M/d/yyyy) | 5/23/2019 10:37:51 PM |
| Saved To | C:\Users\Arthur\Downloads\[TBA] Lolita Cheng Set 08.torrent |
| State | Download Complete |
| Opened | Yes |
| Bytes Downloaded | 25672 |
| File Size (Bytes) | 25672 |
| Source | • ORC041868_1.E01 - Partition 3 (Microsoft NTFS, 919.13 GB) Windows\Users\Arthur\AppData\Local\Google\Chrome\User Data\Default\History |
| Location | • Table: downloads(id: 70992)<br>• Table: downloads_url_chains(rowid: 71663) |
| Evidence number | • ORC041868_1.E01 |
| Recovery method | • Parsing |
| Item ID | 1968369 |

Record 20

| | |
|---|---|
| Tags | CSAM |
| Download Source | https://sukebei.nyaa.si/download/2717649.torrent |
| File Name | [TBA] Lolita Cheng Set-01.torrent |
| Start Time Date/Time - UTC+00:00 (M/d/yyyy) | 5/23/2019 10:38:23 PM |
| End Time Date/Time - UTC+00:00 (M/d/yyyy) | 5/23/2019 10:38:25 PM |
| Saved To | C:\Users\Arthur\Downloads\[TBA] Lolita Cheng Set-01.torrent |
| State | Download Complete |
| Opened | Yes |

Chrome Downloads

| | |
|---|---|
| Bytes Downloaded | 25528 |
| File Size (Bytes) | 25528 |
| Source | • ORC041868_1.E01 - Partition 3 (Microsoft NTFS, 919.13 GB) Windows\Users\Arthur\AppData\Local\Google\Chrome\User Data\Default\History |
| Location | • Table: downloads(id: 70996)<br>• Table: downloads_url_chains(rowid: 71667) |
| Evidence number | • ORC041868_1.E01 |
| Recovery method | • Parsing |
| Item ID | 1968373 |

Record 21

| | |
|---|---|
| Tags | CSAM |
| Download Source | https://sukebei.nyaa.si/download/2718476.torrent |
| File Name | [TBA] Lolita Cheng Set 02.torrent |
| Start Time Date/Time - UTC+00:00 (M/d/yyyy) | 5/23/2019 10:38:30 PM |
| End Time Date/Time - UTC+00:00 (M/d/yyyy) | 5/23/2019 10:38:31 PM |
| Saved To | C:\Users\Arthur\Downloads\[TBA] Lolita Cheng Set 02.torrent |
| State | Download Complete |
| Opened | Yes |
| Bytes Downloaded | 20040 |
| File Size (Bytes) | 20040 |
| Source | • ORC041868_1.E01 - Partition 3 (Microsoft NTFS, 919.13 GB) Windows\Users\Arthur\AppData\Local\Google\Chrome\User Data\Default\History |
| Location | • Table: downloads(id: 70997)<br>• Table: downloads_url_chains(rowid: 71668) |
| Evidence number | • ORC041868_1.E01 |
| Recovery method | • Parsing |
| Item ID | 1968374 |

Record 22

| | |
|---|---|
| Tags | CSAM |
| Download Source | https://sukebei.nyaa.si/download/2719260.torrent |
| File Name | [TBA] Lolita Cheng Set 03.torrent |
| Start Time Date/Time - UTC+00:00 (M/d/yyyy) | 5/23/2019 10:38:35 PM |
| End Time Date/Time - UTC+00:00 (M/d/yyyy) | 5/23/2019 10:38:37 PM |
| Saved To | C:\Users\Arthur\Downloads\[TBA] Lolita Cheng Set 03.torrent |
| State | Download Complete |
| Opened | Yes |
| Bytes Downloaded | 22404 |
| File Size (Bytes) | 22404 |
| Source | • ORC041868_1.E01 - Partition 3 (Microsoft NTFS, 919.13 GB) Windows\Users\Arthur\AppData\Local\Google\Chrome\User Data\Default\History |
| Location | • Table: downloads(id: 70998)<br>• Table: downloads_url_chains(rowid: 71669) |
| Evidence number | • ORC041868_1.E01 |
| Recovery method | • Parsing |
| Item ID | 1968375 |

Record 23

| | |
|---|---|
| Tags | CSAM |
| Download Source | https://sukebei.nyaa.si/download/2720795.torrent |
| File Name | [TBA] Lolita Cheng Set 04.torrent |
| Start Time Date/Time - UTC+00:00 (M/d/yyyy) | 5/23/2019 10:38:47 PM |
| End Time Date/Time - UTC+00:00 (M/d/yyyy) | 5/23/2019 10:38:48 PM |
| Saved To | C:\Users\Arthur\Downloads\[TBA] Lolita Cheng Set 04.torrent |
| State | Download Complete |
| Opened | Yes |

Chrome Downloads

| | |
|---|---|
| Bytes Downloaded | 17961 |
| File Size (Bytes) | 17961 |
| Source | • ORC041868_1.E01 - Partition 3 (Microsoft NTFS, 919.13 GB) Windows\Users\Arthur\AppData\Local\Google\Chrome\User Data\Default\History |
| Location | • Table: downloads(id: 71000)<br>• Table: downloads_url_chains(rowid: 71671) |
| Evidence number | • ORC041868_1.E01 |
| Recovery method | • Parsing |
| Item ID | 1968377 |

Record 24

| | |
|---|---|
| Tags | CSAM |
| Download Source | https://sukebei.nyaa.si/download/2722863.torrent |
| File Name | [TBA] Lolita Cheng Set 07.torrent |
| Start Time Date/Time - UTC+00:00 (M/d/yyyy) | 5/23/2019 10:39:04 PM |
| End Time Date/Time - UTC+00:00 (M/d/yyyy) | 5/23/2019 10:39:05 PM |
| Saved To | C:\Users\Arthur\Downloads\[TBA] Lolita Cheng Set 07.torrent |
| State | Download Complete |
| Opened | Yes |
| Bytes Downloaded | 20293 |
| File Size (Bytes) | 20293 |
| Source | • ORC041868_1.E01 - Partition 3 (Microsoft NTFS, 919.13 GB) Windows\Users\Arthur\AppData\Local\Google\Chrome\User Data\Default\History |
| Location | • Table: downloads(id: 71001)<br>• Table: downloads_url_chains(rowid: 71672) |
| Evidence number | • ORC041868_1.E01 |
| Recovery method | • Parsing |
| Item ID | 1968378 |

Record 25

| | |
|---|---|
| Tags | CSAM |
| Download Source | https://sukebei.nyaa.si/download/2722149.torrent |
| File Name | [TBA] Lolita Cheng Set 06.torrent |
| Start Time Date/Time - UTC+00:00 (M/d/yyyy) | 5/23/2019 10:39:16 PM |
| End Time Date/Time - UTC+00:00 (M/d/yyyy) | 5/23/2019 10:39:16 PM |
| Saved To | C:\Users\Arthur\Downloads\[TBA] Lolita Cheng Set 06.torrent |
| State | Download Complete |
| Opened | Yes |
| Bytes Downloaded | 20621 |
| File Size (Bytes) | 20621 |
| Source | • ORC041868_1.E01 - Partition 3 (Microsoft NTFS, 919.13 GB) Windows\Users\Arthur\AppData\Local\Google\Chrome\User Data\Default\History |
| Location | • Table: downloads(id: 71003)<br>• Table: downloads_url_chains(rowid: 71674) |
| Evidence number | • ORC041868_1.E01 |
| Recovery method | • Parsing |
| Item ID | 1968384 |

Record 26

| | |
|---|---|
| Tags | CSAM |
| Download Source | https://sukebei.nyaa.si/download/2782256.torrent |
| File Name | [TBA] Lolita Cheng Set 20.torrent |
| Start Time Date/Time - UTC+00:00 (M/d/yyyy) | 8/26/2019 8:49:00 PM |
| End Time Date/Time - UTC+00:00 (M/d/yyyy) | 8/26/2019 8:49:01 PM |
| Saved To | C:\Users\Arthur\Downloads\[TBA] Lolita Cheng Set 20.torrent |
| State | Download Complete |
| Opened | Yes |

Chrome Downloads

| | |
|---|---|
| Bytes Downloaded | 14718 |
| File Size (Bytes) | 14718 |
| Source | • ORC041868_1.E01 - Partition 3 (Microsoft NTFS, 919.13 GB) Windows\Users\Arthur\AppData\Local\Google\Chrome\User Data\Default\History |
| Location | • Table: downloads(id: 83054)<br>• Table: downloads_url_chains(rowid: 83735) |
| Evidence number | • ORC041868_1.E01 |
| Recovery method | • Parsing |
| Item ID | 1979753 |

### Record 27

| | |
|---|---|
| Tags | CSAM |
| Download Source | https://youivb.com/forum.php?mod=attachment&aid=Mzg3NTF8N2RlMWE4ZTh8MTU2ODQwOTMwOXwwfDgzODg3 |
| File Name | Preteen6 Vol.4.torrent |
| Start Time Date/Time - UTC+00:00 (M/d/yyyy) | 9/13/2019 9:15:12 PM |
| End Time Date/Time - UTC+00:00 (M/d/yyyy) | 9/13/2019 9:15:13 PM |
| Saved To | C:\Users\Arthur\Downloads\Preteen6 Vol.4.torrent |
| State | Download Complete |
| Opened | Yes |
| Bytes Downloaded | 15363 |
| File Size (Bytes) | 15363 |
| Source | • ORC041868_1.E01 - Partition 3 (Microsoft NTFS, 919.13 GB) Windows\Users\Arthur\AppData\Local\Google\Chrome\User Data\Default\History |
| Location | • Table: downloads(id: 84090)<br>• Table: downloads_url_chains(rowid: 84769) |
| Evidence number | • ORC041868_1.E01 |
| Recovery method | • Parsing |
| Item ID | 1980704 |

### Record 28

| | |
|---|---|
| Tags | CSAM |
| Download Source | https://rarbg.to/download.php?id=m5v9ui6&f=Cute.Lolita.Girls.2.DiSC1.XXX.DVDRip.x264-DigitalSin-[rarbg.to].torrent |
| File Name | Cute.Lolita.Girls.2.DiSC1.XXX.DVDRip.x264-DigitalSin-[rarbg.to].torrent |
| Start Time Date/Time - UTC+00:00 (M/d/yyyy) | 1/29/2020 6:47:12 PM |
| End Time Date/Time - UTC+00:00 (M/d/yyyy) | 1/29/2020 6:47:12 PM |
| Saved To | C:\Users\Arthur\Downloads\Cute.Lolita.Girls.2.DiSC1.XXX.DVDRip.x264-DigitalSin-[rarbg.to].torrent |
| State | Download Complete |
| Opened | Yes |
| Bytes Downloaded | 121051 |
| File Size (Bytes) | 121051 |
| Source | • ORC041868_1.E01 - Partition 3 (Microsoft NTFS, 919.13 GB) Windows\Users\Arthur\AppData\Local\Google\Chrome\User Data\Default\History |
| Location | • Table: downloads(id: 89967)<br>• Table: downloads_url_chains(rowid: 90674) |
| Evidence number | • ORC041868_1.E01 |
| Recovery method | • Parsing |
| Item ID | 1986274 |

### Record 29

| | |
|---|---|
| Tags | CSAM |
| Download Source | https://rarbg.to/download.php?id=3v74j6l&f=Cute.Lolita.Girls.2.DiSC2.XXX.DVDRip.x264-DigitalSin-[rarbg.to].torrent |
| File Name | Cute.Lolita.Girls.2.DiSC2.XXX.DVDRip.x264-DigitalSin-[rarbg.to].torrent |
| Start Time Date/Time - UTC+00:00 (M/d/yyyy) | 1/29/2020 6:47:19 PM |

Chrome Downloads

| | |
|---|---|
| End Time Date/Time - UTC+00:00 (M/d/yyyy) | 1/29/2020 6:47:22 PM |
| Saved To | C:\Users\Arthur\Downloads\Cute.Lolita.Girls.2.DiSC2.XXX.DVDRip.x264-DigitalSin-[rarbg.to].torrent |
| State | Download Complete |
| Opened | Yes |
| Bytes Downloaded | 130991 |
| File Size (Bytes) | 130991 |
| Source | • ORC041868_1.E01 - Partition 3 (Microsoft NTFS, 919.13 GB) Windows\Users\Arthur\AppData\Local\Google\Chrome\User Data\Default\History |
| Location | • Table: downloads(id: 89968)<br>• Table: downloads_url_chains(rowid: 90675) |
| Evidence number | • ORC041868_1.E01 |
| Recovery method | • Parsing |
| Item ID | 1986275 |