# EXHIBIT F

**Local User <ORC041868_1.E01>**
↗ Sent
3/6/2018 3:20:29 AM

I will take it in

**phanut@yahoo.com**
✓ Received
3/6/2018 3:23:56 AM

Done

**phanut@yahoo.com**
✓ Received
3/6/2018 3:24:08 AM

Bring in around 10 they said d

**Local User <ORC041868_1.E01>**
↗ Sent
3/6/2018 3:25:31 AM

10? Was hoping for earlier.... Fuckers 5555

**Local User <ORC041868_1.E01>**
↗ Sent
3/6/2018 3:25:39 AM

That's ok.

**phanut@yahoo.com**
✓ Received
3/6/2018 3:26:18 AM

Could bring in earlier, doesn't matter I guess

**Local User <ORC041868_1.E01>**
↗ Sent
3/6/2018 3:26:25 AM

Going to go buy your HD today

**phanut@yahoo.com**
✓ Received
3/6/2018 3:26:30 AM

Be done by evening

**phanut@yahoo.com**
Load it up with porn

✓ Received
3/6/2018 3:26:39 AM

**phanut@yahoo.com**
No kiddy porn please, bad taste in my opinion

✓ Received
3/6/2018 3:27:07 AM

**Local User <ORC041868_1.E01>**
Might cost around 4500 going to get the big one 4TB

↗ Sent
3/6/2018 3:27:13 AM

**Local User <ORC041868_1.E01>**
Don't know what downloads don't check you'll just have to erase the distasteful

↗ Sent
3/6/2018 3:27:41 AM

**Local User <ORC041868_1.E01>**
Mostly JAV ANYWAY

↗ Sent
3/6/2018 3:27:54 AM

**Local User <ORC041868_1.E01>**
*Attachment excluded from report.*
[OBJ][OBJ]This is the shelving we should use to put in storage.

↗ Sent
3/6/2018 4:20:50 AM

**Local User <ORC041868_1.E01>**
*Attachment excluded from report.*

↗ Sent
3/6/2018 4:20:50 AM