# EXHIBIT G

**Local User <ORC041868_1.E01>**  11/14/2017 10:18:07 PM
Gear is heavy

**+66818408222**  ✓ Received
11/14/2017 10:18:22 PM
Black Friday shopping

**+66818408222**  ✓ Received
11/14/2017 10:18:27 PM
😄

↗ Sent
**Local User <ORC041868_1.E01>**  11/14/2017 10:18:27 PM
Not yet

**+66818408222**  ✓ Received
11/14/2017 10:19:03 PM
Social activity

↗ Sent
**Local User <ORC041868_1.E01>**  11/14/2017 10:19:32 PM
Black Friday

**+66818408222**  ✓ Received
11/14/2017 10:19:56 PM
I know

↗ Sent
**Local User <ORC041868_1.E01>**  11/14/2017 10:20:13 PM
Dn need anything

**Local User <ORC041868_1.E01>**

↗ Sent
11/14/2017 10:20:18 PM

Maybe a love doll?

**+66818408222**

✓ Received
11/14/2017 10:20:55 PM

Full size with big titties

↗ Sent
11/14/2017 10:21:01 PM

**Local User <ORC041868_1.E01>**





**Local User <ORC041868_1.E01>**    ↗ Sent    11/14/2017 10:21:01 PM

555

**Local User <ORC041868_1.E01>**    ↗ Sent    11/14/2017 10:21:01 PM

**+66818408222**    ↙ Received    11/14/2017 10:21:26 PM

They have that in Costco

**Local User <ORC041868_1.E01>**    ↗ Sent    11/14/2017 10:21:35 PM

No

**Local User <ORC041868_1.E01>**
↗ Sent
11/14/2017 10:21:43 PM

EBAY

**+66818408222**
✓ Received
11/14/2017 10:21:50 PM

How much

**+66818408222**
✓ Received
11/14/2017 10:22:06 PM

Just curious

**Local User <ORC041868_1.E01>**
↗ Sent
11/14/2017 10:22:53 PM

400-1200 for cheaper new TPE from China

**Local User <ORC041868_1.E01>**
↗ Sent
11/14/2017 10:23:05 PM

American 2500-4500 and higher

**+66818408222**
✓ Received
11/14/2017 10:23:11 PM

Did they intentionally make them look like an adolescent

**+66818408222**
✓ Received
11/14/2017 10:23:32 PM

With full figured

↗ Sent

**Local User <ORC041868_1.E01>**                    11/14/2017 10:23:36 PM

Lots of different heads

**Local User <ORC041868_1.E01>**    ↗ Sent    11/14/2017 10:23:48 PM

And body types

**Local User <ORC041868_1.E01>**    ↗ Sent    11/14/2017 10:23:57 PM

Haven't seen real one yet

**Local User <ORC041868_1.E01>**    ↗ Sent    11/14/2017 10:24:08 PM

Pictures look interesting

**Local User <ORC041868_1.E01>**    ↗ Sent    11/14/2017 10:24:37 PM





**Local User <ORC041868_1.E01>**

↗ Sent
11/14/2017 10:24:37 PM

**+66818408222**

✓ Received
11/14/2017 10:24:43 PM

Is there a motor down there that pulsates?

**Local User <ORC041868_1.E01>**

↗ Sent
11/14/2017 10:25:05 PM

Option

**Local User <ORC041868_1.E01>**

↗ Sent
11/14/2017 10:28:24 PM

1.5 hot dog and drink can't beat it

↗ Sent

**Local User <ORC041868_1.E01>**                        11/14/2017 10:28:34 PM



**Local User <ORC041868_1.E01>**                        ↗ Sent
11/14/2017 10:28:34 PM

**Local User <ORC041868_1.E01>**
↗ Sent
11/14/2017 10:30:54 PM

Ur up early

**+66818408222**
↙ Received
11/14/2017 10:31:17 PM

Wish I wasn't

**Local User <ORC041868_1.E01>**
↗ Sent
11/14/2017 11:06:36 PM

My life

**Local User <ORC041868_1.E01>**
↗ Sent
11/14/2017 11:06:46 PM

I wake up early anyway

**Local User <ORC041868_1.E01>**
↗ Sent
11/14/2017 11:06:51 PM

But like my options

**Local User <ORC041868_1.E01>**
↗ Sent
11/18/2017 6:34:39 AM

Almost got into accident today from asshole running red light. Has me rattled about driving. Find myself driving slow

**Local User <ORC041868_1.E01>**
↗ Sent
11/19/2017 3:07:43 AM





**Local User <ORC041868_1.E01>**

↗ Sent
11/19/2017 3:07:43 AM

**+66818408222**

✓ Received
11/19/2017 3:08:30 AM

Egg Benedict

**+66818408222**                                   ↙ Received
                                                   11/19/2017 3:08:41 AM

Did it itself?

**+66818408222**                                   ↙ Received
                                                   11/19/2017 3:08:49 AM

Urself

**+66818408222**                                   ↙ Received
                                                   11/19/2017 3:08:55 AM

Yourself

**Local User <ORC041868_1.E01>**          ↗ Sent
                                          11/19/2017 3:08:58 AM





**Local User <ORC041868_1.E01>**
↗ Sent
11/19/2017 3:08:58 AM

[OBJ]

**+66818408222**
✓ Received
11/19/2017 3:09:14 AM

Halloween passed

**Local User <ORC041868_1.E01>**
↗ Sent
11/19/2017 3:09:23 AM

Meatballs at ikea

**+66818408222**
✓ Received
11/19/2017 3:09:50 AM

I like ikea

**Local User <ORC041868_1.E01>**
↗ Sent
11/19/2017 3:09:53 AM



**Local User <ORC041868_1.E01>**

↗ Sent
11/19/2017 3:09:53 AM

**+66818408222**

✓ Received
11/19/2017 3:10:03 AM

Furniture not that cheap

**Local User <ORC041868_1.E01>**

↗ Sent
11/19/2017 3:10:03 AM



**Local User <ORC041868_1.E01>**                    11/19/2017 3:10:03 AM

[OBJ]

↗ Sent

**Local User <ORC041868_1.E01>**                    11/19/2017 3:10:07 AM

We had one:)

✓ Received

**+66818408222**                                    11/19/2017 3:10:24 AM

Just like the do it yourself element

✓ Received

**+66818408222**                                    11/19/2017 3:10:34 AM

Yeah

✓ Received

**+66818408222**                                    11/19/2017 3:10:44 AM

Great machines

✓ Received

**+66818408222**                                    11/19/2017 3:10:58 AM

Machinga

↗ Sent

**Local User <ORC041868_1.E01>**                    11/19/2017 3:11:01 AM





**Local User <ORC041868_1.E01>**

↗ Sent
11/19/2017 3:11:01 AM

**+66818408222**

✓ Received
11/19/2017 3:11:09 AM

250 $???

↗ Sent

**Local User <ORC041868_1.E01>**    11/19/2017 3:11:24 AM
Got my doll 555

**+66818408222**    ✓ Received    11/19/2017 3:11:43 AM
Did you really buy that

**Local User <ORC041868_1.E01>**    ↗ Sent    11/19/2017 3:11:50 AM
It is now hidden... in storage

**+66818408222**    ✓ Received    11/19/2017 3:12:01 AM
Sicko

**+66818408222**    ✓ Received    11/19/2017 3:12:08 AM
How much?

**Local User <ORC041868_1.E01>**    ↗ Sent    11/19/2017 3:12:44 AM
Free... my customer gave me one. Was so happy with equipment he got

**Local User <ORC041868_1.E01>**    ↗ Sent    11/19/2017 3:13:02 AM
600-800 if you had to buy it

**+66818408222**    ✓ Received    11/19/2017 3:13:07 AM
Check for hidden std in slit

**+66818408222**

Haha

**Local User <ORC041868_1.E01>**



[OBJ]

**Local User <ORC041868_1.E01>**    ↗ Sent
11/19/2017 3:13:55 AM
[OBJ]

**Local User <ORC041868_1.E01>**    ↗ Sent
11/19/2017 3:13:56 AM
You mean this?

**Local User <ORC041868_1.E01>**    ↗ Sent
11/19/2017 3:14:10 AM
555

**Local User <ORC041868_1.E01>**    ↗ Sent
11/19/2017 3:14:15 AM
Erase erase

**+66818408222**    ✓ Received
11/19/2017 3:14:23 AM
Definitely

**+66818408222**    ✓ Received
11/19/2017 3:14:30 AM
Come with sound?

**Local User <ORC041868_1.E01>**    ↗ Sent
11/19/2017 3:14:49 AM
No... not that fancy

**Local User <ORC041868_1.E01>**
Boobs feel good to touch
↗ Sent
11/19/2017 3:14:59 AM

**+66818408222**
Going to take a shower
✓ Received
11/19/2017 3:15:00 AM

**Local User <ORC041868_1.E01>**
Butt slaps well
↗ Sent
11/19/2017 3:15:05 AM

**+66818408222**
Just finished my workout at gym
✓ Received
11/19/2017 3:15:16 AM

**Local User <ORC041868_1.E01>**
No I didn't
↗ Sent
11/19/2017 3:15:20 AM

**Local User <ORC041868_1.E01>**
That answers question
↗ Sent
11/19/2017 3:15:28 AM

**+66818408222**
Dirty old many
✓ Received
11/19/2017 3:15:52 AM

✓ Received

**+66818408222**                                      11/19/2017 3:15:54 AM

Man

✓ Received
**+66818408222**                                      11/19/2017 3:15:57 AM

Haha

↗ Sent
**Local User <ORC041868_1.E01>**          11/19/2017 3:16:08 AM

Curiosity

✓ Received
**+66818408222**                                      11/19/2017 3:16:15 AM

Not realistic

✓ Received
**+66818408222**                                      11/19/2017 3:16:40 AM

Butt hole looks bigger than vagi a

✓ Received
**+66818408222**                                      11/19/2017 3:16:48 AM

Cant be

↗ Sent
**Local User <ORC041868_1.E01>**          11/19/2017 3:17:21 AM

Smaller than real woman

↗ Sent
**Local User <ORC041868_1.E01>**          11/19/2017 3:17:49 AM

4 foot 2

**+66818408222**

Pedophile territory

✓ Received
11/19/2017 3:25:50 AM

**Local User <ORC041868_1.E01>**

↗ Sent
11/19/2017 3:26:11 AM



[OBJ]

**Local User <ORC041868_1.E01>**

↗ Sent
11/19/2017 3:26:11 AM

[OBJ]

**Local User <ORC041868_1.E01>**

↗ Sent
11/19/2017 3:27:03 AM



Local User <ORC041868_1.E01>                          ↗ Sent
                                                       11/19/2017 3:27:03 AM

Local User <ORC041868_1.E01>                          ↗ Sent
                                                       11/19/2017 3:27:04 AM

555

**Local User <ORC041868_1.E01>**

↗ Sent
11/19/2017 3:27:15 AM

Packed and into storage

**Local User <ORC041868_1.E01>**

↗ Sent
11/19/2017 3:29:31 AM





San Diego tide pools

**Local User <ORC041868_1.E01>**  ↗ Sent  11/19/2017 3:29:31 AM

[7019548d-324f-4812-ab0e-fceaa0f42208.mp4](7019548d-324f-4812-ab0e-fceaa0f42208.mp4)

*Click to play the video attachment.*

San Diego tide pools

**Local User <ORC041868_1.E01>**  ↗ Sent  11/19/2017 3:29:31 AM

San Diego tide pools

**+66818408222**  ✓ Received  11/19/2017 3:30:04 AM

Looks more scary than arousing

**Local User <ORC041868_1.E01>**  ↗ Sent  11/19/2017 3:30:51 AM

1 million baht is not very much anymore

**Local User <ORC041868_1.E01>**  ↗ Sent  11/19/2017 3:31:59 AM

31,250 dollars

**+66818408222**  ✓ Received  11/19/2017 3:35:20 AM

When we were young a dollar was only 20-25

**+66818408222**
✓ Received
11/19/2017 3:35:58 AM

Nene wants to see snow so bad

**+66818408222**
✓ Received
11/19/2017 3:36:35 AM

Been to many places , not a single place with white powder snow

**Local User <ORC041868_1.E01>**
↗ Sent
11/19/2017 3:39:00 AM

Japan in winter

**Local User <ORC041868_1.E01>**
↗ Sent
11/19/2017 3:39:10 AM

That's where I'll be

**Local User <ORC041868_1.E01>**
↗ Sent
11/19/2017 3:39:25 AM

Budhapest in 2 weeks

**+66818408222**
✓ Received
11/19/2017 3:39:54 AM

We plan to go to Scotland this July

**Local User <ORC041868_1.E01>**
↗ Sent
11/19/2017 3:40:08 AM

Sheep??