# EXHIBIT H

Case 6:20-mj-00173-HBK Document 14-1 Filed 11/13/20 Page 2 of 3 Page ID



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER

USAO_00010495



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER