TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
THI HOANG HO (Cal. Bar No. 293978)
Asset Forfeiture & Recovery Section
KALI M. YALLOURAKIS (Cal. Bar No. Pending)
Major Crimes Section
Assistant United States Attorneys
    1100/1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:    (213) 894-0596/2426
    Facsimile:    (213) 894-0141
    E-mail:    Thi.Ho@usdoj.gov
                Kali.Yallourakis@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>           v.<br><br>ARTHIT TANJAPATKUL,<br><br>        Defendant. | No. 8:24-CR-00132-FWS<br><br>JOINT EXHIBIT LIST<br><br><br>Trial Date: June 2, 2026<br>Trial Time: 8:00 a.m. |

    Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorneys Thi Hoang Ho and Kali M. Yallourakis, hereby submits its joint exhibit list.

    //

    //

The parties respectfully reserve the right to supplement or revise the exhibit list as needed.

Dated: May 8, 2026      Respectfully submitted,

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division


      /s/
THI HOANG HO
KALI M. YALLOURAKIS
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA


Dated: May 8, 2026      /s/*
SARA AZARI
VICTOR SHERMAN

Attorneys for Defendant
ARTHIT TANJAPATKUL


*Per Civil Local Rule 5-4.3.4.(a)(2)(i), the filers hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing via email.

| Government's Exhibit List | | | | |
|---|---|---|---|---|
| Ex. # | Description | Admission Stipulated | Date Identified | Date Admitted |
| 1. | Machinegun 1 (Plumcrazy, model number M6A2-S) | Yes | | |
| 2. | Machinegun 2 (Plumcrazy, model number DDMM4V7) | Yes | | |
| 3. | Machinegun 3 (Polymer 80, Serial Number P9SX) | Yes | | |
| 4. | Machinegun 4 (AK-47, Serial Number S-AL2038) | Yes | | |
| 5. | Video of fire test for Machinegun 1 | Yes | | |
| 6. | Video of fire test for Machinegun 2 | Yes | | |
| 7. | Video of fire test for Machinegun 3 | Yes | | |
| 8. | Video of fire test for Machinegun 4 | Yes | | |
| 9. | Photo of Machinegun 1 | Yes | | |
| 10. | Photo of Machinegun 2 | Yes | | |
| 11. | Photo of Machinegun 3 | Yes | | |
| 12. | Photo of Machinegun 4 | Yes | | |
| 13. | ATF Federal Licensing System, License Registration Report | Yes | | |
| 14. | Photos of Buffalo Hard Drive | Yes | | |
| 15. | Photo of Seagate Hard Drive | Yes | | |
| 16. | Photo of Set of 10 Discs | No | | |
| 17. | PDF File "Firearms - ! - Full Auto Conversion - Colt Ar-15 Rifle" from Buffalo Hard Drive | Yes | | |
| 18. | Defendant's personal files from Buffalo Hard Drive - 1 | No | | |

3

| 19. | Defendant's personal files from Buffalo Hard Drive - 2 | No | | |
| 20. | [CSAM]  Young Video Models-d04N-Daphne 9yo(47m49S, Nude)(Youngvideomodels.Yvm).avi. | No | | |
| 21. | [CSAM]  Young Video Models-d04N-Daphne 9yo(47m49S, Nude)(Youngvideomodels.Yvm).avi. | No | | |
| 22. | [CSAM]  Young Video Models-Kr04-Kristina 7yo(60m, topless)(youngvideomodels yvm).avi. | No | | |
| 23. | Chart: Timeline showing access | No | | |
| 24. | Public Storage Contract with Defendant | Yes | | |
| 25. | Invoice from Seagate Hard Drive | Yes | | |
| 26. | Defendant's personal files from Seagate Hard Drive - 3 | No | | |
| 27. | Defendant's personal files from Seagate Hard Drive - 4 | No | | |
| 28. | Defendant's personal files from Seagate Hard Drive - 5 | No | | |
| 29. | [CSAM] Yvm-Daphine-05-Hardcore With Dildo-33m21S.wmv. | No | | |
| 30. | [CSAM] Yvm-9Yo Angelna 03(Soft).avi. | No | | |
| 31. | [CSAM] Video Angels 03-Lolita 11Yr Russian.avi. | No | | |
| 32. | Chart: Timeline showing access | No | | |
| 33. | Photos of Child Sex Doll Found in Storage Unit from Search Warrant Execution | No | | |
| 34. | "Full Auto Conversion – AR-15 Modification Manual" from Seagate Hard Drive | Yes | | |
| 35. | File titled "Glock Full Auto Conversion" from Seagate Hard Drive | Yes | | |
| 36. | File titled "Ruger Mini-14 Rifle – Full Auto Conversion" from Seagate Hard Drive | Yes | | |

| No. | Description | | | |
|---|---|---|---|---|
| 37. | File titled "[F]irearms - ! - Full- Auto Conversion - Colt M1911 & M1911A1 Pistol" from Seagate Hard Drive | **Yes** | | |
| 38. | File titled "Firearms - ! - Full- Auto Conversion - Heckler&Koch Hk 91, Sr9, 93, 94, Sp89, Etc Rifle" from Seagate Hard Drive | **Yes** | | |
| 39. | File titled "[F]irearms - ! - Full-Auto Conversion - Select Fire AK-47" from Seagate Hard Drive | **No** | | |
| 40. | File titled "Firearms - AR15 - Full Auto Conversion - Colt Ar-15 Rifle" from Seagate Hard Drive | **Yes** | | |
| 41. | File titled "Firearms - Full-Auto Conversion - Glock 17 Pistol" from Seagate Hard Drive | **Yes** | | |
| 42. | Screenshot of filenames from CD 1 | **No** | | |
| 43. | Screenshot of filenames from CD 2 | **No** | | |
| 44. | [CSAM] Young Video Models – Daphine (9yo)-D52.avi. | **No** | | |
| 45. | [CSAM] Doit4in1.jpg. | **No** | | |
| 46. | [CSAM] an-02.jpg. | **No** | | |
| 47. | Spreadsheet of files – Buffalo Hard Drive | **No** | | |
| 48. | Spreadsheet of files – Seagate Hard Drive | **No** | | |
| 49. | Cellbrite Extraction Report for Defendant's iPhone | **No** | | |
| 50. | Defendant text messages with 9585 Phone Number | **No** | | |
| 51. | Extraction Report for Buffalo, Seagate, Discs | **No** | | |
| 52. | Extraction Worksheet for Hard Drives | **No** | | |
| 53. | Extraction Report for LG Gram Laptop | **No** | | |
| 54. | Extraction Report for HP Envy Laptop | **No** | | |

| 55. | Google Chrome Bookmark Lying to Agents | No | | |
|---|---|---|---|---|
| 56. | Defendant's Messages with Brother re: "kiddy porn" | No | | |
| 57. | Defendant's Messages with Brother re: child sex doll | No | | |
| 58. | Defendant's Message with eBay seller with the subject line "Re: 3.2 ft sex doll" | No | | |
| 59. | Photos of child sex doll (head detached and attached) | No | | |
| 60. | Defendant's 2023 Web Visit History | No | | |
| 61. | Defendant's 2019-2020 Google Chrome Download History | No | | |
| 62. | Negative Results for Defendant in National Firearms Registration and Transfer Record | No | | |
| 100** | SAPD Report [Dkt. 55-3] | No | 4/22/2026 | |
| 101 | [intentionally left blank] | | | |
| 102** | 9 SAPD bodyworn camera full videos from October 2023 search warrant execution | Yes | 4/29/2026 | |
| 103** | October 2023 Premises Search Warrant [Dkt. 68-1] | Yes | 4/29/2026 | |
| 104** | Dales Affidavit in support of October 2023 premises search warrant [USAO_00009404] | Yes | 4/29/2026 | |
| 105** | Hashempour Declaration in support of government's opposition to motion to suppress machineguns [Dkt. 69-1] | Yes | 4/29/2026 | |
| 106** | July 2024 Buffalo Hard Drive Application for Search Warrant [Dkt. 68-7] | No | 4/29/2026 | |
| 107** | Hirsch Report [USAO_00048957] | No | 4/29/2026 | |
| 108** | July 2024 Buffalo Hard Drive Search Warrant [Dkt. 68-8] | No | 4/29/2026 | |

** For identification only.

| Defendant's Exhibit List | | | | |
|---|---|---|---|---|
| Ex. # | Description | Admission Stipulated | Date Identified | Date Admitted |
| 200 | Declaration of Daniel Dales April 10, 2026 [Dkt. No. 80] | Yes | | |
| 201 | Folder containing Government's discovery related to alleged knowledge of machine guns by defendant | No | | |
| 202 | Report of ATF FEO Leonard Reloza (Bate No. USAO_052208) | No | | |
| 203 | SAPD case maintenance report (DA Reject) | No | | |
| 204 | *Physical Evidence:* SAPD #45 - DSA Inc model SA58, serial number DS12387 | No | | |
| 205 | Arthit Tanjapatkul Interview- USAO_48985 | No | | |
| 206 | Cherry Linao Interview- USAO_48987 | No | | |
| 207 | Tod Fjield Interview USAO_48984 | No | | |
| 208 | David Kuang Interview USAO_48986 | No | | |
| 209 | Bryan Allen Interview USAO_48988 | No | | |
| 210 | Cherry Linao Interview USAO_48989 | No | | |
| 211 | Agent Dales email (Jencks 575) | No | | |
| 212 | ATF Trace Documents from Hashempour (USAO_0048879-80, USAO_00008452-8469) | No | | |
| 213 | SAPD Ballistics Test Fire Report(USAO_00008784) | No | | |
| 214 | Video Clip of Timestamp 8:38:25 – 8:42:44 of SAPD BWC (Sattar) [USAO_00050051] | No | | |
| 215 | Video Clip of Timestamp 8:38:25 – 8:42:44 of SAPD BWC (Bell)[USAO_00050052] | No | | |

| | | | | |
|---|---|---|---|---|
| 216 | Video Clip of Timestamp 9:28:08 – 9:30:17 of SAPD BWC (Sattar)[USAO_00050051] | **No** | | |
| 217 | Video Clip of Timestamp 9:32:59 – 9:35:30 of SAPD BWC (Sattar)[USAO_00050051] | **No** | | |
| 218 | Video Clip of Timestamp 9:28:10 – 9:37:05 of SAPD BWC (Bell)[USAO_00050052] | **No** | | |
| 219 | Agent Dales emails (Jencks 89) | **No** | | |
| 220 | Agent Dales emails (Jencks 817) | **No** | | |
| 221 | Transcript of Motion Hearings (April 22, 2026) | **No** | | |
| 222 | Transcript of Motion Hearings (April 29, 2026) | **No** | | |
| 223 | *ORC041868 Chat Message with phanut@yahoo.com*– Magnet Forensic Report of chat message between Arthit Tanjapatkul and Phanut@yahoo.com discussing the download of adult pornography | **No** | | |
| 224 | *1B651 All Files Names*– PDF of all file names on CD 1B651 | **No** | | |
| 225 | *1B660 all files names on CD*– PDF of all file names on 1B660 | **No** | | |
| 226 | *CSAM CD-DVD ANALYSIS DISC SECTOR 16 HEX 1B651 and 1B660* – Text file of Forensic Analysis of CD 1B651 and CD 1B661 | **No** | | |
| 227 | *CSAM CD– DVD DISC ANALYSIS* – Text file of forensic analysis of CDs 1B651 and 1B660 alleged to contain CSAM | **No** | | |
| 228 | *1B160 Repaired Hard Drive Photos* – PDF of photos of 1B161 hard drive repairs | **No** | | |
| 229 | *eMule .part files of partial multiple file downloads*– Magnet Forensic Report of  eMule .part | **No** | | |

9

| | | | | |
|---|---|---|---|---|
| | files hard drive 1B160 | | | |
| 230 | *eMule Categories (emule searches for mass downloads example)* – Image of example of eMule download search for multiple files based on a single keyword | **No** | | |
| 231 | *Representative Sample of FBI Seized Digital Storage*– PDF file of  representative sample of non-CSAM digital storage media seized by FBI | **No** | | |
| 232 | *Buffalo Thumbs*– Spreadsheet of all thumbs.db files on Buffalo hard drive | **No** | | |
| 233 | *2025.11.7 Discovery Letter – Prod 12*– Government's Production 12 Letter | **No** | | |
| 234 | Government's discovery related to OCRCFL forensic processing and handling of digital evidence in this matter   *USAO_00048993* | **No** | | |
| 235 | Government's discovery related to OCRCFL forensic processing and handling of digital evidence in this matter *USAO_00049015.jpg* | **No** | | |
| 236 | NCMEC ECD Technical Assistance Request  *USAO_00049017.jpg* | **No** | | |
| 237 | Folder containing FTK reports for Buffalo and Seagate hard drives in html format - USAO_00010507 and USAO_00010508 | **No** | | |
| 238 | *Buffalo Bookmarks_File_Listing Demonstrative.csv* – Spreadsheet of all bookmarks related to alleged CSAM and indicia of ownership on the Buffalo hard drive | **No** | | |
| 239 | *Seagate Bookmark_File_List Demonstrative.csv* - Spreadsheet of all | **No** | | |

10

| | | | | |
|---|---|---|---|---|
| | bookmarks related to alleged CSAM and indicia of ownership on the Seagate hard drive | | | |
| 240 | Folder containing spreadsheets of file directory listings of all files on the Buffalo (229.1) and Seagate (229.2) hard drives | **No** | | |
| 241 | Emails related to OCRCFL preparation of Buffalo hard drive for review- *Jencks_000461-000468* | **No** | | |
| 242 | PDF file of Special Agent Hirsch's summary of Bufalo hard drive - *Jencks_000844-853* | **No** | | |
| 243 | OCRCFL Evidence Release containing 1B160 hard drive *USAO_00008449 (1B160)* | **No** | | |
| 244 | *Special Agent Burnett Emails re CSAM*- Emails to/from SA Burnett re: CSAM | **No** | | |
| 245 | *Laptops (ORC041867_1 and ORC041868_1) Keyword Search Report*- Magnet Forensics Report of laptop keyword search results | **No** | | |
| 246 | *Laptops (ORC041867_1 and ORC041868_1) Keyword Search Terms*- Magnet Forensics Report of the keywords used for search in Ex. 234 | **No** | | |
| 247 | *Lawson Digital Forensics Report 1.23.26*- Forensic Examination and Analysis report of defense expert Lawson | **No** | | |
| 248 | *1B658 File Names (3566)*- All files names on CD 1B658 | **No** | | |
| 249 | *1B160 Repair Drive Directory.xlxs* – Spreadsheet of file directory for 1B160 hard drive | **No** | | |
| 250 | *Pages 4 to  052B-LA-3628665_0000211_1A0000147_0* | **No** | | |

| | *000001-* | | | |
|---|---|---|---|---|
| | | | | |