TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
THI HOANG HO (Cal. Bar No. 293978)
Asset Forfeiture & Recovery Section
KALI M. YALLOURAKIS (Cal. Bar No. Pending)
Major Crimes Section
Assistant United States Attorneys
    1100/1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:     (213) 894-0596/2426
    Facsimile:     (213) 894-0141
    E-mail:        Thi.Ho@usdoj.gov
                   Kali.Yallourakis@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v.<br><br>ARTHIT TANJAPATKUL,<br><br>          Defendant. | No. 8:24-CR-00132-FWS<br><br>GOVERNMENT'S STATEMENT OF THE CASE<br><br>Trial Date:   June 2, 2026<br>Trial Time:   8:00 a.m.<br>Location:     Courtroom of the<br>              Hon. Fred W.<br>              Slaughter |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorneys Thi Hoang Ho and Kali M. Yallourakis, hereby submit the following Government's Statement of the Case.[1]

---

[1] The parties were unable to reach an agreement on a joint statement after meeting and conferring.

Dated: May 8, 2026       Respectfully submitted,

TODD BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division

_____/s/_____
THI HOANG HO
KALI M. YALLOURAKIS
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2

**GOVERNMENT'S STATEMENT OF THE CASE**

The United States charges defendant ARTHIT TANJAPATKUL with possession of child pornography, in violation of Title 18 United States Code Sections 2252A(a)(5)(B), (b)(2).  Specifically, the government alleges that on October 13, 2023, law enforcement recovered child pornography from defendant's residence, and on July 18, 2024, law enforcement recovered child pornography from a storage unit registered to defendant.  Defendant denies the charges and has entered a plea of not guilty.