SARA AZARI, ESQ.  (SBN 237987)
LAW OFFICE OF SARA AZARI
849 S. Broadway, Suite 1107
Los Angeles, CA 90014
Telephone (213) 622-5000
Facsimile  (213) 254-0555
Email: sara@azarilaw.com

VICTOR SHERMAN, ESQ.  (SBN 38483)
LAW OFFICES OF VICTOR SHERMAN, APLC
11400 West Olympic Boulevard, Suite 1500
Los Angeles, California 90064
Telephone (424) 371-5930
Facsimile  (310) 392-9029
Email: victor@victorsherman.law

Attorneys for Defendant
ARTHIT TANJAPATKUL

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 24-CR-00132-FWS |
| Plaintiff, | ) | |
| v. | ) | EX PARTE APPLICATION FOR ORDER SHORTENING TIME; [PROPOSED] ORDER |
| ARTHIT TANJAPATKUL, | ) | |
| Defendant. | ) | |

Defendant, Arthit Tanjapatkul, by and through his counsel of record, Victor Sherman, hereby applies to the Court for an order shortening time. The basis for this request is more fully set forth in the attached Declaration of Victor Sherman.

Dated: May 26, 2026                    Respectfully submitted,

                              /s/ Victor Sherman
                              VICTOR SHERMAN
                              Attorney for Defendant
                              Arthit Tanjapatkul

1

## <u>DECLARATION OF VICTOR SHERMAN</u>

I, Victor Sherman, declare as follows:

1.  I am an attorney duly licensed to practice law in the State of California and am admitted to practice before this Court. I am counsel of record for Arthit Tanjapatkul in the above-captioned matter.

2.  On May 19, 2026, the government filed a Notice of Motion, pursuant to Federal Rules of Evidence 404(b).  A copy of which is attached to Defendant's Motion to Preclude and marked as Exhibit A.

3.  Counsel is filing concurrently herewith his Motion to Preclude the Government's 404(b) evidence as it relates to the machine gun case.

4.  On May 26, 2026, the Court issued an order in which the court decided not to rule on the defendant's Motion related to the introduction of other firearms not specifically mentioned in the indictment.

5.  On May 26, 2026, the Court set an in-person hearing relating to defendant's request for Demonstrative Aid during the expert testimony of former ATF Special Agent Brian Luettke for May 29, 2026 at 11:00 a.m.

6.  The government's 404(b) motion, and the defendant's response thereto, go to the issue of the necessity for the Demonstrative presentation and to the question to what extent the government may use other firearms in the presentation of its case.

7.  Therefore counsel believes that the government's 404(b) motion and the defendant's response thereto should be scheduled for the hearing presently scheduled for May 29, 2026, at 11:00 a.m.  This request is made on the basis that the matters are related and that the 404(b) motion, and the opposition thereto, should be litigated prior to the commencement of the trial.

8.  Counsel therefore requests the Court issue an order shortening time to hear Defendant's Motion to Preclude Newly Identified Other Bad Act Evidence Under Rule 404(b) and Rule 403 on May 29, 2026 at 11:00 a.m.

9.  The defendant previously notified the government of their position regarding the request for this Ex Parte filing.  The government opposed the Ex Parte filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 26, 2026 at Los Angeles, California.

/s/   Victor Sherman
VICTOR SHERMAN