THI HOANG HO (Cal. Bar No. 293978)
Assistant United States Attorney
1100 United States Courthouse, 312 N. Spring Street,
Los Angeles, CA 90012, Telephone: (213) 894-0596
Fax: (213) 894-6269 E-Mail: Thi.Ho@usdoj.gov

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 8:24-CR-00132-FWS |
| v. ARTHIT TANJAPATKUL, | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☑ Lodged: (**List Documents**)

Government's Ex Parte Application for Order Sealing Document and Proposed Order Sealing Document
1. Government's Expert Disclosure for ATF Chief FEO Leonard Reloza dated May 1, 2026
2. Chief FEO Leonard Reloza's Machinegun Expert Report Signed April 17, 2026
3. Defense's Expert Disclosure for Brian Luettke dated May 3, 2026
4. Defense's Supplemental Expert Disclosure for Brian Luettke dated May 14, 2026
5. Defense's Supplemental Expert Disclosure for Brian Luettke dated May 27, 2026
6. Government's Supplemental Expert Disclosure for Chief FEO Leonard Reloza dated May 28, 2026

**Reason:**

☑ Under Seal

☐ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☑ Per Court order dated:    5/29/2026

☐ Other:

| May 29, 2026 | /s/ Thi Hoang Ho |
|---|---|
| Date | Attorney Name |
| | UNITED STATES OF AMERICA |
| | Party Represented |

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*