TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
THI HOANG HO (Cal. Bar No. 293978)
Asset Forfeiture & Recovery Section
KALI M. YALLOURAKIS (Cal. Bar No. pending)
Major Crimes Section
Assistant United States Attorneys
        1100/1300 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone:        (213) 894-0596/2426
        Facsimile:        (213) 894-0141
        E-mail:           Thi.Ho@usdoj.gov
                          Kali.Yallourakis@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 8:24-CR-00132-FWS |
|---|---|
| Plaintiff, | TRIAL STIPULATION #3: DISPLAY OF CHARGED CHILD PORNOGRAPHY |
| v. | |
| ARTHIT TANJAPATKUL, | Hearing Date: June 9, 2026<br>Hearing Time: 8:00 a.m.<br>Location:    Courtroom of the |
| Defendant. | Hon. Fred W.<br>Slaughter |

     Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorneys Thi Hoang Ho and Kali M. Yallourakis, and defendant ARTHIT TANJAPATKUL ("defendant"), individually and by and through his counsel of record, Sara Azari and Victor Sherman, hereby stipulate as follows regarding

the government's method for displaying charged child pornography files:

1.    The government will maintain exhibits containing child pornography on media (i.e., discs) separate from other, non-pornographic exhibits.

2.    The government will use a stand-alone computer to publish the images and videos of child pornography to the jury directly from a disc, rather than loading the images and videos into a trial director program.

3.    The government will publish still images for no longer than three seconds. The government will play videos for no longer than three seconds. The government will not enable audio for any videos it plays in open court.

4.    The government witness through whom the child pornography exhibits will be introduced will describe each image or video before the visual depiction is published to the jury.

5.    Any computer or television screens facing the gallery shall either be turned off, moved, and/or covered so that no member of the gallery can view child pornography exhibits as they are displayed.

IT IS SO STIPULATED.

Dated: May 26, 2026                    Respectfully submitted,

                                       TODD BLANCHE
                                       Acting Attorney General

                                       BILAL A. ESSAYLI
                                       First Assistant United States
                                       Attorney

                                       JENNIFER L. WAIER
                                       Chief Assistant United States
                                       Attorney & Chief, Criminal Division


                                       _____/s/_____
                                       THI HOANG HO
                                       KALI M. YALLOURAKIS
                                       Assistant United States Attorneys

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA


Dated: May 29, 2026

                                       _____
                                       SARA AZARI
                                       VICTOR SHERMAM
                                       Attorneys for Defendant
                                       ARTHIT TANJAPATKUL


Dated: May 29, 2026

                                       _____
                                       ARTHIT TANJAPATKUL
                                       Defendant

3