SARA AZARI (SBN: 237987)
Law Office of Sara Azari
849 S. Broadway, Suite 1107
Los Angeles, California 90014
Telephone (213) 622-5000
Facsimile  (213) 254-0555
Email: sara@azarilaw.com

VICTOR SHERMAN (SBN: 38483)
Law Offices of Victor Sherman
11400 West Olympic Boulevard, Suite 1500
Los Angeles, California 90064
Telephone: (424) 371-5930
Facsimile:  (310) 392-9029
Email: victor@victorsherman.law

Attorneys for Defendant
ARTHIT TANJAPATKUL

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ARTHIT TANJAPATKUL,<br><br>        Defendant. | ) Case No. 8:24-CR-00132-FWS<br>)<br>)<br>)<br>)<br>)<br>) **DEFENDANT'S WITNESS LIST**<br>)<br>) **Date:** June 2, 2026<br>) **Time:** 8:30 a.m.<br>) **Place:** Courtroom 10D<br>)<br>)<br>)<br>) |

**TO THE HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE:**

Defendant, Arthit Tanjapatkul, by and through his counsel of record, hereby submits the following anticipated witness list as of the date of this filing:

///

///

1

| Witness No. | Defense Witness |
|---|---|
| 1 | FBI SA Daniel Dales |
| 2 | FBI SA Mark Burnett |
| 3 | FBI SA Mackenzie Lilly |
| 4 | SAPD FBT Miguel Partida |
| 5 | SAPD Det. [Former] Farshid Hashempour |
| 6 | SAPD Officer Ryan Bell #3517 |
| 7 | SAPD Officer Adam Sattar #3548 |
| 8 | SAPD Officer Armando Chacon #2959 |
| 9 | SAPD Officer Arturo Castorena #2891 |
| 10 | SAPD Officer David Thai #3321 |
| 11 | SAPD Officer Georgina Chacon |
| 12 | SAPD Officer Theresa Parent #2694 |
| 13 | Mackenzie Lilly, FBI Evidence Technician |
| 14 | Cherry Tanjapatkul |
| 15 | Ed Solis, Investigator |
| 16 | Scott Lawson, Expert |
| 17 | Brian Luettke, Expert |

The defense respectfully requests leave of Court to add to, modify, or eliminate witnesses as may become appropriate or necessary during the course of trial. The defense further reserves the right to call witnesses not listed herein for purposes of impeachment or rebuttal, and reserves the right to call any witness listed by the government.

DATED:  May 29, 2026                    Respectfully submitted,


                                        /s/ Sara Azari
                                        SARA AZARI
                                        Attorney for Defendant
                                        ARTHIT TANJAPATKUL

2