TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section
THI HOANG HO (Cal. Bar No. 293 978)
Assistant United States Attorney
Asset Forfeiture and Recovery Section
KALI M. YALLOURAKIS (Cal. Bar No. pending)
Assistant United States Attorney
Major Crimes Section
    1100/1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0596/2426
    Facsimile: (213) 894-6269
    E-mail:  Thi.Ho@usdoj.gov
           Kali.Yallourakis@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 8:24-CR-00132-FWS |
|---|---|
| Plaintiff, | NOTICE OF LODGING |
| v. | |
| ARTHIT TANJAPATKUL, | |
| Defendant. | |

//

//

//

PLEASE TAKE NOTICE that the government hereby lodges the following documents:

1. The government's expert disclosure of ATF FEO Leonard Reloza dated May 1, 2026;

2. Defendant's expert disclosure of Brian Luettke dated May 3, 2026;

3. Defendant's expert disclosure of Brian Luettke dated May 14, 2026;

4. Defendant's expert disclosure of Brian Luettke dated May 27, 2026; and

5. The government supplemental expert disclosure of ATF FEO Leonard Reloza dated May 28, 2026.

Respectfully submitted,

Dated: June 2, 2026

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney & Chief, Criminal Division

_/s/_____
THI HOANG HO
KALI M. YALLOURAKIS
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA