

Arthit

**OCRCFL**
ORANGE COUNTY
REGIONAL COMPUTER FORENSICS LABORATORY

3800 W. Chapman Ave.
Suite 800
Orange, CA 92868
(714) 385-6100
www.ocrcfl.org

## Evidence Release

| | |
|---|---|
| Submitting Agency: | FBI LA - Orange County RA |
| Agency Case No.: | 305D-LA-3915752 |
| Released To: | Mark Burnett - FBI |

| | |
|---|---|
| OCRCFL SRN: | 24-311-02B |
| Release Date: | 09/25/25 09:00 AM |
| Released By: | Brianna Alvarez |

### Derivative Evidence

| | OCRCFL ECN | Article | Make / Model / Serial Number | Description |
|---|---|---|---|---|
| 1 | ORC043376 | Tape | OCRCFL / LT06 / ORC043376 | Image files, AD Lab processing work files, HTML report and file listing spreadsheet for SRN 23-454-02A: ORC042093 |
| 2 | ORC043377 | Tape | OCRCFL / LT06 / ORC043377 | Image files, AD Lab processing work files, HTML report and file listing spreadsheet for ORC043360. |

2 items released by OCRCFL (Release ID 16237).

Released To:

Mark Burnett - FBI

Released By:

Brianna Alvarez (OCRCFL)

Archive Warning Statement: This release may contain master copies of archives. No other copies are retained by the OCRCFL.

Seagate (HD)



## Evidence Release

| | |
|---|---|
| **Submitting Agency:** | FBI LA - Orange County RA |
| **Agency Case No.:** | 305D-LA-3915752 |
| **Released To:** | Mark Burnett - FBI |

| | |
|---|---|
| **OCRCFL SRN:** | 24-311-02A |
| **Release Date:** | 12/03/24 09:02 AM |
| **Released By:** | Michelle Kress |

### Original Submitted Evidence

| | OCRCFL ECN | Agency ECN | Article | Make / Model / Serial Number | Description |
|---|---|---|---|---|---|
| 1 | ORC043360 | 1B666 | Hard Disk Drive Enclosure | Seagate / Unknown / 2GEX1M3Z | Seagate Free Agent Desk hard drive. |

### Derivative Evidence

| | OCRCFL ECN | Article | Make / Model / Serial Number | Description |
|---|---|---|---|---|
| 2 | ORC043375 | SecureDigital Card | OCRCFL / / ORC043375 | 32 GB micro-SD card containing AD Lab HTML bookmark report and file listing spreadsheet for ORC043360. |
| 3 | ORC043377 | Tape | OCRCFL / LT06 / ORC043377 | Image files, AD Lab processing work files, HTML report and file listing spreadsheet for ORC043360. |

3 items released by OCRCFL (Release ID 15809).

Released To: _____

Mark Burnett - FBI

Released By: _____

Michelle Kress (OCRCFL)

**Archive Warning Statement: This release <u>may</u> contain master copies of archives. No other copies are retained by the OCRCFL.**

TO ECC on
12/3/24



**3800 W. Chapman Ave.**
**Suite 800**
**Orange, CA 92868**
**(714) 385-6100**
**www.ocrcfl.org**

## Evidence Intake Receipt

| | |
|---|---|
| Submitting Agency: | FBI LA - Orange County RA |
| Agency Case No.: | 305D-LA-3915752 |
| Received From: | Mark Burnett - FBI |

| | |
|---|---|
| OCRCFL SRN: | 24-311-02B |
| Receipt Date: | 02/27/25 03:05 PM |
| Received By: | Michelle Kress |

### Original Submitted Evidence

| | OCRCFL ECN | Agency ECN | Article | Make / Model / Serial Number | Description |
|---|---|---|---|---|---|
| 1 | ORC043376 | ORC043376 (1B161) | Tape | OCRCFL / LT06 / ORC043376 | Image files, AD Lab processing work files, HTML report and file listing spreadsheet for SRN 23-454-02A: ORC042093 |
| 2 | ORC043377 | ORC043377 (1B666) | Tape | OCRCFL / LT06 / ORC043377 | Image files, AD Lab processing work files, HTML report and file listing spreadsheet for ORC043360. |

2 items received by OCRCFL (Receipt ID 9667).
Received From:

Received By:

_____
Mark Burnett - FBI

_____
Michelle Kress (OCRCFL)

**OCRCFL is a temporary storage facility. By signing above, you agree to pick up all evidence items within 45 days of initial email notification.**



Butthole HP

**3800 W. Chapman Ave.**
**Suite 800**
**Orange, CA 92868**
**(714) 385-6100**
**www.ocrcfl.org**

### Evidence Intake Receipt

| | |
|---|---|
| Submitting Agency: | FBI LA - Long Beach RA |
| Agency Case No.: | 52B-LA-3628665 |
| Received From: | Mark Burnett-FBI OCRA |

| | |
|---|---|
| OCRCFL SRN: | 24-311-01A |
| Receipt Date: | 07/25/24 11:41 AM |
| Received By: | Elvia Arriaza |

#### Original Submitted Evidence

| | OCRCFL ECN | Agency ECN | Article | Make / Model / Serial Number | Description |
|---|---|---|---|---|---|
| 1 | ORC043174 | ORC043174 | Tape | OCRCFL / LT06 / ORC043174 | Image files, AD Lab processing work files and report for all submitted items. |

1 item received by OCRCFL (Receipt ID 9288).

Received From:

_____

Mark Burnett-FBI OCRA

Received By:

_____

Elvia Arriaza (OCRCFL)

**OCRCFL is a temporary storage facility. By signing above, you agree to pick up all evidence items within 45 days of initial email notification.**



3800 W. Chapman Ave.
Suite 800
Orange, CA 92868
(714) 385-6100
www.ocrcfl.org

## Evidence Release

| | |
|---|---|
| Submitting Agency: | FBI LA - Long Beach RA |
| Agency Case No.: | 52B-LA-3628665 |
| Released To: | Mark Burnett - FBI |

| | |
|---|---|
| OCRCFL SRN: | 24-311-01A |
| Release Date: | 12/03/24 09:01 AM |
| Released By: | Michelle Kress |

### Derivative Evidence

| | OCRCFL ECN | Article | Make / Model / Serial Number | Description |
|---|---|---|---|---|
| 1 | ORC043174 | Tape | OCRCFL / LT06 / ORC043174 | Image files, AD Lab processing work files and report for all submitted items. |
| 2 | ORC043374 | SecureDigital Card | OCRCFL / / ORC043374 | 16 GB SD card containing AD Lab HTML bookmark report and file listing spreadsheet for SRN 23-454-02A: ORC042093. |
| 3 | ORC043376 | Tape | OCRCFL / LT06 / ORC043376 | Image files, AD Lab processing work files, HTML report and file listing spreadsheet for SRN 23-454-02A: ORC042093 |

3 items released by OCRCFL (Release ID 15808).
Released To:

Released By:

_____
Mark Burnett - FBI

_____
Michelle Kress (OCRCFL)

**Archive Warning Statement: This release <u>may</u> contain master copies of archives. No other copies are retained by the OCRCFL.**

TO ECC 12/3/24



**OCRCFL**
ORANGE COUNTY
REGIONAL COMPUTER FORENSICS LABORATORY

**3800 W. Chapman Ave.
Suite 800
Orange, CA 92868
(714) 385-6100
www.ocrcfl.org**

### Evidence Release

Submitting Agency:  FBI LA - Long Beach RA
Agency Case No.:  52B-LA-3628665
Released To:  Daniel Dales / FBI

OCRCFL SRN:  23-454-02A
Release Date:  07/11/24 10:07 AM
Released By:  Kim Dominguez

| | OCRCFL ECN | Article | Make / Model / Serial Number | Description |
|---|---|---|---|---|
| | | | **Derivative Evidence** | |
| 1 | ORC042523 | CD | OCRCFL / / ORC042523 | One (1) CD containing AD Lab report of bookmarked items. |
| 2 | ORC043174 | Tape | OCRCFL / LT06 / ORC043174 | Image files, AD Lab processing work files and report for all submitted items. |

2 items released by OCRCFL (Release ID 15435).

Released To:

_____
Daniel Dales / FBI

Released By:

_____
Kim Dominguez (OCRCFL)

**Archive Warning Statement: This release may contain master copies of archives. No other copies are retained by the OCRCFL.**

*seagate Free Agent HD*



**3800 W. Chapman Ave.
Suite 800
Orange, CA 92868
(714) 385-6100
www.ocrcfl.org**

## Evidence Intake Receipt

| | |
|---|---|
| Submitting Agency: FBI LA - Orange County RA | OCRCFL SRN: 24-311-02A |
| Agency Case No.: 305D-LA-3915752 | Receipt Date: 08/08/24 09:54 AM |
| Received From: Mark Burnett - FBI | Received By: Krystle Finn |

### Original Submitted Evidence

| | OCRCFL ECN | Agency ECN | Article | Make / Model / Serial Number | Description |
|---|---|---|---|---|---|
| 1 | ORC043360 | 1B666 | Hard Disk Drive Enclosure | Seagate / Unknown / 2GEX1M3Z | Seagate Free Agent Desk hard drive. |

1 item received by OCRCFL (Receipt ID 9312).

Received From:

Mark Burnett - FBI

Received By:

Krystle Finn (OCRCFL)

**OCRCFL is a temporary storage facility. By signing above, you agree to pick up all evidence items within 45 days of initial email notification.**